# United States District Court
# District of South Carolina

## Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed to | | |
| --- | --- | --- | --- | --- | --- |
| First | Middle | Last | First | Middle | Last |
| 1. ROSALITA | PUGNARIA | ROSAL | ROSALITA | ROSAL | ASHER |
| 2. EKATERINA | IGOREVNA | GRIGORYEVA | EKATERINA | | VINSON |
| 3. LAURA | MARIA | SCHOBER STEPHENS | LAURA | MARIA | STEPHENS |
| 4. BONITA | | PIETERSE | BONITA | ISABELLA | NIEUWOUDT |
| 5. MARIA | GLORIA | VALDEZ DE BASULTO | GLORIA | | VALDEZ |
| 6. OLGA | | VIERA | OLGA | | MINCHEVICI |
| 7. DOMINIQUE | | ANTUNEZ GARCIA | DOMINIQUE | | TSIRONIS |
| 8. SON | CHONG | SHIN | SERENA | CHONG | SHIN |
| 9. BUCUMI | | TUMAINI | TUMAINI | ADIJAH | PERES |
| 10. DIENE | ALVES | CRAWFORD | DIENE | ALVES CRAWFORD | SPINNER |
| 11. CAROLINA | ISABEL | VASQUEZ NAVA | CAROLINA | ISABEL | GIORDANO |
| 12. CHONGWEN | | GUO | CHONGWEN | BRUCE | GUO |
| 13. CARMEN | AMELIA | TAYPE PEREZ DE ROBERTS | CARMEN | AMELIA | TAYPE-ROBERTS |
| 14. LIENKIM | THI | VO | LIEN | | VO |
| 15. JUANG HORNG | | CHONG | JUANG | HORNG | CHONG |
| 16. MUHAMMAD TEHAAM | | WARAICH | TEHAAM | MUHAMMAD | WARAICH |
| 17. RUCHIBEN | D | PATEL | RUCHI | D | PATEL |
| 18. LIONEL | | NKOUAMBONG YOUMBI | LIONEL | NKOUAMBONG | YOUMBI |
| 19. NELYA | | SHAYKHATTAROVA | NELLY | JANE | BUCHANAN |
| 20. PHUOC | HUU | NGUYEN | MARK | HUU | NGUYEN |
| 21. MEGHABEN | ASHOKBHAI | PATEL | MEGHA | ANJAN | PATEL |
| 22. LIEN HONG | THI | LE | LIEN | HONG | LE |
| 23. IMELDA | VILLAGOMEZ | CARACHEO | IMELDA | | CARACHEO |

| Name of Petitioner | | | Name Changed to | | |
| --- | --- | --- | --- | --- | --- |
| First | Middle | Last | First | Middle | Last |
| 24. JULIETA | IVON DEL CARMEN | CUADRA | JULIETA | | CUADRA |
| 25. MIKYLA | | PIETERSE | MIKYLA | | NIEUWOUDT |
| 26. GRETTA | | YOUSSEF | GRETTA | YOUSSEF | MAALOUF |
| 27. SARAH PEMINAH | BIROG | WILSON | SARAH | PENNINAH | WILSON |
| 28. PRINALBEN | RICKY | PATEL | PRINAL | RICKY | PATEL |
| 29. ADEKUNLE | JOSEPH | DOSA | JOSEPH | ADEKUNLE | DOSA |
| 30. ABUOALI | | MOHAJERINEJAD | ARASH | | MOHAJER |
| 31. NAZIA | | SEHAR | FIZZA | | FARHAN |
| 32. NOEMI | DEL CARMEN | BORGE GUTIERREZ | NOEMI | | BORGE GUTIERREZ |
| 33. DAO | THI ANH | LUU | DAO | | LUU |
| 34. LIGIA | CAROLINA | SANTIZO | LIGIA | SANTIZO | BROWN |
| 35. NEHABEN | DEVEN | PATEL | NEHA | D | PATEL |
| 36. MICHELLE | FIGUEROA | DE CASTRO | MICHELLE | | PARKER |
| 37. DISSANAYAKE MUDIYANSELAGE | INDIKA LAKMALI KUMARI | BANDARA | INDIKA | LAKMALI | BANDARA |
| 38. MIRIAM | PRIEGO | SALVATIERRA | MIRIAM | | PRIEGO SANTONJA |
| 39. CHAO TING | | LEE | CHAO TING | JACK | LEE |
| 40. ANAYELI | SOFIA | PERALES | ANAYELI | | ALVAREZ |
| 41. XUAN | MY | LY | BONNIE | XUAN | LY |
| 42. THUY | XUAN | LE | EVELYN | | LE |
| 43. ADRIEL | ALEXSANDRO | DA SILVA | ADRIEL | ALEXSANDRO | GERONIMO |
| 44. HONGCHAO | | XU | DAVID | QUAN | WILKINSON |
| 45. | TSERING | DOLMA | TSERING | | DOLMA |
| 46. XIUYUN | | CHEN | SARAH | XIUYUN CHEN | WANG |
| 47. DENISEE | ROSE | DAGURO MUNOZ | DENISEE | ROSE | MUNOZ |
| 48. CAROLINA | | SACRAMENTO DOS ANJOS | CAROLINA | SACRAMENTO DOS | ANJOS |
| 49. HYUNJUNG | | YOO | HYUNJUNG | | LIM |
| 50. BERNARDINA | ELIZABETH | MANRIQUE | ELIZABETH | | MANRIQUE |
| 51. HAU | THI THANH | TRAN | HALLE | THANH | TRAN |
| 52. MEDHA | K | PARIKH | MEDHA | J | SHAH |
| 53. RANDY | | SIERRA ACOSTA | DANTE | KING | SIERRA |

| Name of Petitioner | | | Name Changed to | | |
| --- | --- | --- | --- | --- | --- |
| First | Middle | Last | First | Middle | Last |
| 54. ANGIE | PAMELA | RODRIGUEZ | ANGIE | PAMELA | ARRIETA VASQUEZ |
| 55. MARTA | | CAMPILLA FARRAS | MARTA | | BERG |
| 56. RUBEN | ALEXANDER | SANTIS HERNANDEZ | ALEXANDER | RUBEN | SANTIS |
| 57. MUHAMMAD SABBAAK | | WARAICH | SABBAAK | MUHAMMAD | WARAICH |
| 58. NEHABEN | VIJAYBHAI | PATEL | NEHA | HETAL | PATEL |

ORDERED this 26th day of June 2018 at Charleston South Carolina.

Richard M. Gergel
United States District Judge