# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed to | | |
|----|------------|--------------|------------------|-------------|-------------|-------------|
|    | First | Middle | Last | First | Middle | Last |
| 1  | SAMANTHA | CLARISSE | CARRASCO ESTRADA | SAMANTHA | CLARISSE | CARRASCO |
| 2  | GULNARA | | COMISKA | GULNORA | HOLMATOVNA | ISMATOVA |
| 3  | VIVIANA | ELIZABETH | HUYNH | VIVIANA | ELIZABETH | ARIAS |
| 4  | TSEN AN | | WANG | TSENAN | ANGI | WANG |
| 5  | HOA | THI PHUONG | NGUYEN | ALISA | MAURICE | NGUYEN |
| 6  | TING | | BRUDERER | TING | LIU | BRUDERER |
| 7  | PAYAL | VINODKUMAR | PATEL | PAYAL | PARAG | PATEL |
| 8  | SALAM | MEHIE | MAAROUF | SALLY | | MAAROUF |
| 9  | FATEMEH | | ASGARI | FATIMA | NAAZI | ASGARI |
| 10 | SANDRA | MAUREEN | JENKINS | SANDRA | MAUREEN | MARTIN |
| 11 | NGOC | THI NHU | PHAN | JENNIFER | | PHAN |
| 12 | KSENIA | | KORSAKOVA | KSENIA | | WINGO |
| 13 | FUSHENG | | HUANG | LISA | | OCHMANOWICZ |
| 14 | ASUNCION | | RAMOS VAZQUEZ | ASON | | RAMOS |
| 15 | PHETPHAILIN | | KHANTHONG | PHETPHAILIN | | RECENDEZ |
| 16 | PETER | KIM | IVEY | PETER | IVEY | PARK |
| 17 | GAURANG | SURESHKUMAR | PATEL | GAURANG | SURESH | PATEL |
| 18 | MARGUERITE | | LOUA | MARGUERITE | HABA | DAVIES |
| 19 | MARIA | GABRIELA | BROMAGE | GABRIELA | | BROMAGE |
| 20 | MILAGRITOS | MARLENE | MARTICORENA | MILAGROS | MARLENE | SCHENONE |
| 21 | UT | THI | ONG | TAMMY | | PHAM |

|    | Name of Petitioner | | | Name Changed to | | |
|    | First | Middle | Last | First | Middle | Last |
| --- | --- | --- | --- | --- | --- | --- |
| 22 | YWA HAY | | HTOO | JEFFREY | YWA HAY | HTOO |
| 23 | MARIA | YEZABEL | COLON GOMEZ | YEZABEL | MARIA | COLON GOMEZ |
| 24 | KATHREEN JOY | CAPUNO | PHAYSITH | KATHREEN | JOY | PHAYSITH |
| 25 | ANTON | VADIMOVICH | STRIZHOV | ANTON | | SWIFTON |
| 26 | SAIJAI | | BEAMER | SAIJAI | LYNN | BEAMER |
| 27 | DEBBIE | ANN PATRICE VIVIENE | MOULTRIE | DEBBIE | VIVIENE | VICKERS MOULTRIE |
| 28 | GVANTSA | | MACHARADZE | GVANCA | | MACHARADZE |
| 29 | NU | MY TU | TON | MYTU | | TON |
| 30 | VINH PHAT | PHAN | TON | VINH | PHAN | TON |
| 31 | SAW BLUT | | HTOO | BLUT | | HTOO |
| 32 | DA | | GUO | STEVEN | | GUO |
| 33 | AYA | NAJAH | MCINTYRE | MAYA | | MCINTYRE |
| 34 | MARJORIE MENCHU | DURO | ELLIS | MARJORIE MENCHU | DURO | BROWN |
| 35 | CARLOS | | ALVAREZ MARTINEZ | MAXIMILIAN | | MARTINEZ |
| 36 | AKA | GUILLAUME | N GOUAN | GUILLAUME | AKA | NGOUAN |
| 37 | NAM PHONG | HONG | LE | ANNA | | LE |
| 38 | REINALDO | REGINO | DIAZ NUALLA | REINALDO | | DIAZ NUALLA |
| 39 | LAWN | | ZUALA | ZOTHAN | | MOIA |
| 40 | TATIANA | VALERYEVNA | KUROCHKINA | TATIANA | | HALAVENKA |
| 41 | SERGEY | ALEKSANDROVICH | ZAGORETS | SERGEI | ALEXANDROVICH | ZAGORETS |
| 42 | EDUARDO | DAMIAN | VACA BALLADAREZ | EDUARDO | | VACA BALLADAREZ |
| 43 | DIANA | GUADALUPE | BERNAL AVALOS | DIANA | | BERNAL |
| 44 | ROSEMARIE | DAMAOLAO | VALENTINE | ROSEMARIE | DAMAOLAO | DORMAL |
| 45 | NELLY | YERITZIA DEL PILAR | OTERO | NELLY | YERITZIA | OTERO |
| 46 | YUDAN | | LIN | DIANA | | TIEN |
| 47 | NHAN | TANG MY | VO | NATALIE | | VO |
| 48 | HANG | MINH | LAM | VIVIAN | DOMINIQUE DE MARIA | PHAM |
| 49 | KSENIA | SERGEYEVNA | PINZHENINA | KSENIA | | HAYES |
| 50 | YEISSON | GERMAN | COLORADO OLARTE | JASON | G | COLORADO |

| # | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 51 | THUY DOAN | VU | DAO | DAWN | DAO THUY | LUONG |
| 52 | THANH | VAN | NGUYEN | THOMAS | NGO | VAN TUAN |
| 53 | MANUEL | | MALLQUI QUISPE | MANUEL | EDWARD | MALQUIST |
| 54 | GIANMANUEL | | MALLQUI VILLACORTA | GIAN | MANUEL | MALQUIST |
| 55 | VLAD | | GIRJOABA VISOIU | VLAD | HENRY | VIDICAN |
| 56 | HOAI | THANH | NGUYEN | TONY | THANH | NGUYEN |
| 57 | HAN | THANH | NGUYEN | TOM | THANH | NGUYEN |
| 58 | ALEKSANDRA | GRIGORYEVNA | NOMOKONOVA | ALEKSANDRA | | DREW |
| 59 | PABLO | RAMON | GAMEZ BARRERA | PABLO | | GAMEZ |
| 60 | GALINA | VIKTOROVNA | POPOVA ZUBER | GALINA | VIKTOROVNA | ZUBER |

ORDERED this 1st day of November 2018 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge