# United States District Court
## District of South Carolina

### Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 1 | MARIA | CECILIA | RIVERA | MARIA | CECILIA | RUBI VALADAN |
| 2 | ALOUYOU | EVARISTE ALIDA | GREBE | EVA | ALIDA GREBE | FAGNIDI |
| 3 | KEO | | VORN | KEO | MOME | VORN |
| 4 | ROSA | | MURCIA | ROSA | | MADRID |
| 5 | JENNY | LALNEI | PAR | JENNY | LALNEIPAR | VUNG |
| 6 | LAL | KROS | TAN | LAL | KROSTAN | VUNG |
| 7 | MARIA | | DE LOS ANGELES GARCIA DENEWMAN | MARIA | DE LOS ANGELES | GARCIA |
| 8 | MARIA | DEL CARMEN | FRAUSTO DE LOYA | CARMEN | | LOYA |
| 9 | ROLF | MATTHIAS | JACKLI | ROLF | MATTHIAS | JAECKLI |
| 10 | BIAK | | KIM | BIAKHNEM | | KIM |
| 11 | MAAN | | AZIZ KERZZO | JAMES | VICTOR | KERZZO |
| 12 | LAL | NEI | KIM | VAN | PEK | NEI |
| 13 | BAO | TRAN KHAC | DOAN | WILLIAM | | DOAN |
| 14 | RADHA | JANAKI MADYAVI | YENAMANDRA | MADHAVI | | CHIRUVOLU |
| 15 | VAN | NGOC | KIEU | VAN | | KIEU |
| 16 | DEE | RAM | CHAN | CHRIS | HKAWNG | LA |
| 17 | MARIE | | XENOS | MARIE | | ARSLANIAN |
| 18 | AHMED | MOHAMMAD FASIHUL | ALAM | AHMED | MOHAMMAD | ALAM |
| 19 | PIOTR | VLADIMIROVICH | IVANETS | PETER | VLADIMIROVICH | IVANETS |
| 20 | THANH | LAN | MAI | TAMMY | | MAI |

|    | Name of Petitioner | | | Name Changed to | | |
|----|-------|----------|-----------|----------|----------|-----------|
|    | First | Middle   | Last      | First    | Middle   | Last      |
| 21 | INBOK | AN       | LAWTON    | ANNIE    |          | LAWTON    |
| 22 | --    | --       | ASHA RANI | ASHA     |          | RANI      |
| 23 | BENEDICT | MAFUILA | MANDJILA | BENEDICT | KUNTUALA | MANDJILA |
| 24 | ZHANNA | VASILYEVNA | PARCHUK | ZHANNA   | VALERIE  | PARCHUK   |
| 25 | KAMEL | A        | ABDELSAYED | KAMEL   |          | ABDELSAYED |

ORDERED this 27th day of November 2018 at Spartanburg, South Carolina.

Donald C. Coggins, Jr.
United States District Judge