# United States District Court
## District of South Carolina

## Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed to | | |
|----|-------|--------|--------|--------|--------|--------|
|    | First | Middle | Last | First | Middle | Last |
| 1  | HANG | THU | TRAN | BELLA | | TRAN |
| 2  | LY | NGOC | NGUYEN | LYNA | NGOC | NGUYEN |
| 3  | GILBERTO | | BECERRA HUERTA | GILBERTO | MANUEL | KING HUERTA |
| 4  | SAMR | | AL FAOURI | SUMMER | | LABASH |
| 5  | MICHEL | ISSA | YAMMINE | MICHAEL | ISSA | YAMMINE |
| 6  | HONG | CHAU | NGUYEN | CHAU | HONG | NGUYEN |
| 7  | SO MIN | | LEE | JANE | SOMIN | LEE |
| 8  | BUNCHHUN | | LIM | CHHUN | ALAN | LIM |
| 9  | TASVEER | | MOMIN | TASVEER | MOMIN | NAQVI |
| 10 | HANY | FAHIM YOUSSEF | ABDELMALAK | HANY | FAHIM | YOUSSEF |
| 11 | BALASUBRAMANIAN | | SWAMINATHAN | BALA | | SWAMINATHAN |
| 12 | YANIRA | ELIZABETH | MEJIA | ELISABET | | MEJIA |
| 13 | BEENABEN | JIGAR | PATEL | BEENA | JIGAR | PATEL |
| 14 | EUN | JONG | JOO | ANGELA | EUN | JOO |
| 15 | AN | NI | LIN | TIFFANY | AN NI | CHEN |
| 16 | THAWNG | | MANG | THAWNG | LIAN | MANG |
| 17 | SOKKEANG | | LIM | SELENA | | SAN |
| 18 | JIN | SOO | KIM | JINSOO | | KIM |
| 19 | JIN | YOUNG | KIM | JINYOUNG | | KIM |
| 20 | MANUEL | | BECCERA AGUILAR | VICTOR | MANUEL | AGUILAR |
| 21 | KIRTANKUMAR | | DESAI | KIRTAN | | DESAI |

|    | Name of Petitioner | | | Name Changed to | | |
|----|------|------|------|------|------|------|
|    | First | Middle | Last | First | Middle | Last |
| 22 | YILAMUJIANG | | MAIMAITI | ILHAM | MAMAT | KASHGARIAN |
| 23 | DANG | NGHIA | NGUYEN | TONY | NGHIA | NGUYEN |
| 24 | LYUBOV | VIKTOROVNA | CHAIN | LUBA | | CHAIN |
| 25 | DEVARSHI | VAIBHAVKUMAR | PATEL | DEVARSHI | | PATEL |
| 26 | ANATOLIY | STEPANOVYCH | KHVESHCHUK | ANATOLIY | | KHVESHCHUK |
| 27 | DENSY | STEVE | MONTES SALINAS | DEMPSEY | STEVE | SALINAS |
| 28 | DELIGHT | | PENAVERDE-BULAUITAN | DELIGHT | | PENAVERDE-MCKITRICK |
| 29 | TRINH | VU HOANG | HA | IVY | | HA |
| 30 | CUNG | | THAWNG | ZAW | | WIN |
| 31 | ROSARIE | | DAVIS | ROSARIE | ACEDO | DAVIS |
| 32 | IN BEOM | | CHO | ALEX | COREA | HAN |
| 33 | ANNA | STEPANIVNA | PUGH | ANNA | MARTHA | VOYTYNA PUGH |
| 34 | BUNJIRA | | MCCOY | BUNJIRA | MARY | MCCOY |
| 35 | ALPESHKUMAR | NARSINHBHAI | PATEL | ALPESH | NARSINHBHAI | PATEL |
| 36 | HEMABEN | ALPESHKUMAR | PATEL | HEMA | ALPESH | PATEL |
| 37 | VIJAYACHITRA | | MADHANASEKARAN | CHITRA | | NATHAN |
| 38 | NIKOLAY | NIKOLAYEVICH | DARMANCHEV | NICK | | DARMAN |
| 39 | VI | NGOC | PHAM | VI | NGOC NGUYEN | LE |
| 40 | YASSIR | AHMED ELAMIN | ABDELRHMAN | YASSIR | AHMED | ELAMIN |
| 41 | KRISHNAKANT | | CHIRUVOLU | KRISHNA | KANT | CHIRUVOLU |
| 42 | AKOSSIWA | | KPATOGBE | AKOSSE | IRENE | KPATOGBE |

ORDERED this 29th day of April 2019 at Columbia, South Carolina.

May 1, 2019

Joseph F. Anderson, Jr.
United States District Judge