# United States District Court
# District of South Carolina

## Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 1 | NISHABEN | DIXIT | PATEL | NISHABEN | | PATEL |
| 2 | PETER | | GAY | PETER | RAY | HTOO |
| 3 | MARIA | | LOMELI SANDOVAL | MARIA | | VALENZUELA |
| 4 | THU | HA THI | NGUYEN | THUHA | | TRUONG |
| 5 | ROSA | MARIA | BATANCUR SANABRIA | ROSEMARY | | CANALES |
| 6 | HYANG SOOK | | OH | MICHELLE | HYANG | LIM |
| 7 | LEYMI | KARINA | HERRON | KARINA | LEYMI | HERRON |
| 8 | JILL | CAROLINE | FLEMING | JILL | CAROLINE | FLEMING PAPATAKIS |
| 9 | MAY | THI | LUU | MAI | KIM | LUU |
| 10 | ZEID MAHMOUD RASHID | | ZEID KEILANI | ZEID | | KEILANI |
| 11 | FARZANA | | AFROSE | FARZANA | AFROSE | FARUKI |
| 12 | LAURA | ALEJANDRA | GONZALEZ TORRENTE | LAURA | ALEJANDRA | GALVIS |
| 13 | MARIA | DO CARMO | GOMES COBB | MARIA | GOMES | COBB |
| 14 | TANG | GUN | NHKUM | ZAU TAWNG | | LAHPAI |
| 15 | SENG | PAN | LAHPAI | SENG | PAN LAHPAI | HKAWN TSIN DASHI |
| 16 | ISIS | DALESHKA | CELADA | ISIS | DALESHKA | CRUZ |
| 17 | GABRIELA | DEL CARMEN | BORGE SANDOVAL | GABRIELA | | TORRES BORGE |
| 18 | SINGSANAM | | SOUVANNARATVONGSEUK | SING | | SOUVANNA |
| 19 | MOLLISHMAEL | KWAME | GABAH | MOLLISHMAEL | | GABAHMONEYBED |
| 20 | ZHEYUAN | | XUE | JOHN | ZHEYUAN | XUE |
| 21 | CHANG | WOO | LEE | VINCENT | CHANGWOO | LEE |

| # | Name of Petitioner | | | Name Changed to | | |
| --- | --- | --- | --- | --- | --- | --- |
| | First | Middle | Last | First | Middle | Last |
| 22 | XINGJIAN | | XUE | XINGJIAN | CHRIS | XUE |
| 23 | SONA | | ANAND | SONA | ANAND | KUMAR |
| 24 | SWITIBEN | HETAL | PATEL | SWITI | HETAL | PATEL |
| 25 | JESAYDEH | | GAYE | JESAYDEH | ALICE | GAYE |
| 26 | BENJAMIN | BUN MAN | WONG | BENJAMIN | BUN MUN | WONG |
| 27 | DAO | THI BICH | NGUYEN | BELLA | DAO | NGUYEN |
| 28 | TAWEI | | CHAO | TAWEI | DAVID | CHAO |
| 29 | LAN THUY | THI | VO | MARY | | NGUYEN |
| 30 | WEIQIN | | LU | AMY | WEIQIN | LU |
| 31 | ALFONSO | | MEJIA DUBON | KYLIE | MEJIA | DUBON |
| 32 | BICH PHUONG | | LY | PHUONG | | LY |
| 33 | CAROL | CECILE | CAMPBELL | CHAYE | CAROL | ALEXANDER |
| 34 | GUANGHUI | | LIN | GUANGHUI | GAVIN | LIN |
| 35 | DENISE | VICTORIA | WONG | DENISE | VICTORIA | JUNIS |
| 36 | PATIENCE | MANYIFED | PEGHA EPSE ETAMO | PATIENCE | PEGHA | WILSON |
| 37 | YI | LING | ZHONG | ELAINE | LILY | ZHONG |
| 38 | SUDHAKAR RAJU VERMA | | SAMANTHAPUDI VERENDRA | SUDHAKAR | RAJU | SAMANTHAPUDI |
| 39 | TATIANA | | JOSAN | TATIANA | | JOSAN HAYON |
| 40 | GENEILE | AZAN | COOTE | GENEILE | AZAN | COLE |
| 41 | TANJA | KUNZ | MULLIS | TANYA | KUNZ | MULLIS |
| 42 | SUNG MO | | KIM | EDWARD | DEAN | WINCHESTER |
| 43 | GEINER | GERARDO | ELIZONDO LEIVA | GEINER | G | ELIZONDO |
| 44 | MELLADA | | JACOBS | MELLADA | MARIE | JACOBS |
| 45 | ERIC | KUK BONG | YI | ERIC | | YI |
| 46 | KAVIN | | ECKRICH | BENZ | KAVIN | ECKRICH |
| 47 | CHIE | | GAINES | ERIKA | CHIE | GAINES |
| 48 | SHAKIBA | | DILJA | JEENA | | YOUSUFZAI |

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 49 | RABAB | MAHMOUD ABDELFATTAH | METWALLY | RABAB | M | ROUSHDIE |
| 50 | HEE | RANG | JU | ELLIE | HEERANG | JU |
| 51 | HEE | YOUNG | JU | IRENE | HEEYOUNG | JU |
| 52 | SANG | HUN | JU | ERIC | SANGHUN | JU |
| 53 | BINALBEN | RAMESHLAL | PATEL | BINAL | NISHANT | PATEL |
| 54 | EDITH | CAYACAP | BOUYE | EDITH SCARLETT | CAYACAP | BOUYE |
| 55 | MARIA | DEL CARMEN | MIGUEZ | MARIA | CARMEN | REGUEIRA SUAREZ |
| 56 | KAMALJIT | | SINGH | KAMALJIT SINGH | | SAMRA |
| 57 | HANOCK | NAKIA | THOMPSON | HANOCH | NAKIA | THOMPSON |
| 58 | IMSUNG | | HAHN | IMSUNG | JUNG | HAHN |
| 59 | MARIA | LUISA | ACOSTA | MARIA | LUISA | ACOSTA PRATT |
| 60 | HUI YI | | HUANG | JADE | | HUANG |
| 61 | DMITRY | VIKTOROVICH | GONCHARENKO | DMITRY | VICTOR | GONCHARENKO |
| 62 | THONGBAY | | SOUVANNARATVONGSEUK | TAMIE | | SOUVANNA |
| 63 | HONG | MINH | NGUYEN | ANTHONY | HONGMINH | NGUYEN |
| 64 | STANISLAWA | BARBARA | PERCOSKI | BARBARA | | PERCOSKI |

ORDERED this 26th day of June 2019 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge