# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 1 | ADRIANA | | GOMEZ | ADRIANA | | PABON |
| 2 | HANG | | LU | BECKY | | LU |
| 3 | BERJENATO | | DIEUDONNE | BERJENATO | | CHARLES |
| 4 | SIARHEI | ANATOLIEVICH | BRAHIN | MATTHEW | | BRAHIN |
| 5 | INA | PAVLOVNA | BRAHINA | INA | | BRAHIN |
| 6 | JESENIA | ALTAGRACIA | ESTEVEZ DE RODRIGUEZ | JESENIA | ALTAGRACIA | ESTEVEZ DE LA ROSA |
| 7 | HUY | TAN | HUYNH | JAYDEN | | HUYNH |
| 8 | ESTELISTA | JUDITH | ROSALES MANRIQUE DE CASTRO | JUDITH | ROSALES | CASTRO |
| 9 | ALLEN | GRACE | CASTRO ROSALES | GRACE | ALLEN | CASTRO |
| 10 | MARIANA | | RINCON | MARIANA | | HERRERA |
| 11 | PREMAL | HARISH | POPAT | PREMAL | HARISH | THAKKER |
| 12 | OLENA | | PELISHENKO | LENA | PELISHENKO | WILLIAMS |
| 13 | MICHAEL | ANTHONY JOSEPH | DALE | MICHAEL | ANTHONY JOSEPH | CARBAJALES-DALE |
| 14 | TYRONE | ANTOINNE | GIBSON | T'RONE | | GIBSON |
| 15 | ALMA | IRINA | SALAZAR | ALMA | IRINA | FLORES |
| 16 | MINALBEN | MITUL | PATEL | MINAL | MITUL | PATEL |
| 17 | HARNISHA | SAURABHKUMAR | PATEL | HARNISHA | SAURABH | PATEL |
| 18 | ISAAC | | JIMENEZ LIEBANA | ISAAC | JIMENEZ | LIEBANA |
| 19 | IMRAN | NOORALI | SAIFUDDIN | IMRAN | NOORALI | PRADHAN |
| 20 | SERGEY | PETROVICH | BELOUSOV | | | |

| # | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 21 | VYACHESLAV | EVGENEVICH | IVANOV | | | |
| 22 | AHED | ODEH MUTLEQ | ALRFOOH | | | |
| 23 | HANSABEN | YOGESHKUMAR | PATEL | | | |
| 24 | FEDAA | WAEL | SAED | | | |
| 25 | MOHAMAD | SHAFIK | KAMLAH | | | |
| 26 | ILYA | ALEXANDROVICH | SLOBODYANSKIY | | | |
| 27 | SVENJA | | TRAVIS VON BORSTEL | | | |
| 28 | JORGE | DANIEL | MIDENCE | | | |
| 29 | ZAHRA | | KARIMI | | | |
| 30 | JOSE | LUIS | GARCIA | | | |
| 31 | JULIETA | ANTONELLA | QUAGLIA | | | |
| 32 | YING | | XIN | | | |
| 33 | VANESSA | VIEIRA | DA COSTA | | | |
| 34 | MANJULABEN | JAYANTILAL | PATEL | | | |

ORDERED this 30th day of August 2019 at Spartanburg, South Carolina.

_____
Donald C. Coggins, Jr.
United States District Judge