# United States District Court
# District of South Carolina

## Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|  | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
|  | First | Middle | Last | First | Middle | Last |
| 1 | KANG | | ZOU | KENN | KANG | ZOU |
| 2 | TAOFEEK | OLASHENI | OLAJIRE ARO | TAOFEEK | OLASHENI | ARO |
| 3 | MYTHREYI | | GODRALA | MYTHREYI | | DEVULAPALLI |
| 4 | MATHIEU | ALFRED MARCEL | RAMPANT | MATHIEU | | RAMPANT |
| 5 | MICEYDA | | DIAZ ACOSTA | MICEYDA | | DIAZ DE LA TORRE |
| 6 | MARIA ISABEL CONCEPCION | VIADO | BENZON | MARIA ISABEL | BENZON | WOODS |
| 7 | DANIELA | MARIA | SIBAJA VALVERDE | DANIELLA | | SEGURA |
| 8 | ENEIDA | DE LAS MERCEDES | CASTILLA DE FERNANDEZ | ENEIDA | MERCEDES | CASTILLA |
| 9 | GAYRAT | ABDULLATIFZODA | YULDASHEV | HAYRAT | ABDULLATIFZODA | YULDASHEV |
| 10 | KENZA | | OUAHMANE | KENZA | GRACE | HADDOCK |
| 11 | FRANCISCA | ISABEL | VALLEJOS SILVA | FRANCISCA | ISABEL | BAUR |
| 12 | DAMARIS | | URBINA | DAMARIS | | BARAHONA LEIVA |
| 13 | MARIA | DOLORES | ROMAN | MARIA | | ROMAN |
| 14 | SERGUEI | SERGUEEVICH | PALATKIN | SERGE | ETHAN | PALATKIN |
| 15 | VOLHA | | ANISOVICH | OLGA | | HAVIAZHEU |
| 16 | ANNABELLE | NATISHA | OUTLER | ANNABELLE | NATISHA | WRIGHT |
| 17 | NHANH | LE THANH | CHUNG | KELLY | LE | CHUNG |
| 18 | DUNG | NGUYEN ANH | TRAN | DANNY | | TRAN |
| 19 | MEIHUNG | | LO | MEIHUNG | CLEO | LO |
| 20 | JOSE | EDGAR | GONZALEZ LOPEZ | EDGAR | | GONZALEZ |
| 21 | VICTOR | JOSE | AGUIN MELENDEZ | VICTOR | JOSE | AGUIN |

| # | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 22 | ADWOA | DEDE | COMMODORE | SARAH | JOCHEBED | COMMODORE |
| 23 | J HONEY CANDY | | COLINCO | CANDY | | COLINCO |
| 24 | TAMANNA | | RAHMAN | TAMANNA | RAHMAN | PATWARY |
| 25 | SILVIO | ERNESTO | SANCHEZ MARTI | SILVIO | ERNESTO | SANCHEZ |
| 26 | SULEYDIS | | CASA DEL VALLE TASE | SULY | | SANCHEZ |
| 27 | SANDRA LIZETH | | CACERES MEJIA | SANDRA | CACERES | MILLER |
| 28 | RAFAEL | | KLEN STEPHEN DE AZEREDO SECOMA | RAFAEL | | SECOMANDI |
| 29 | JUANA | ROSALY | HANSLIK | ROSALY | | HANSLIK |
| 30 | NAM | THANH | VAN | NAM | | VAN |
| 31 | ROSA | MARIA | HERNANDEZ FERNANDEZ | ROSA | | HERNANDEZ FERNANDEZ |
| 32 | JUNA MARI | IYOG | SERBO | JUNA MARI | SERBO | ACAYLAR |
| 33 | ADIL | MOHAMMED ALI | IBRAHIM | ADIL | | IBRAHIM |
| 34 | GRACIELA | | CHACON CHINCHILLA | GRACIELA | | NARANJO |
| 35 | TRACY | | DOANE | TRACY | DOANE | HEAD |
| 36 | SANDRA | MILENA | OROZCO CLAVIJO | SANDRA | | STURKIE |
| 37 | IL | | PARK | DANIEL | IL | PARK |
| 38 | JING | | LIANG | JEAN | NONE | YONGUE |
| 39 | LY | THI DIEU | LE | SOPHIA | LY | LE |
| 40 | VAN | THAI | THIEU | VAN | THIEU | CHU |
| 41 | ANNA | | GRUENER | ANNA | | HABERLAND |
| 42 | MARGARET | | AKELLO | MARGARET | | WATKINS |
| 43 | WESLEY | | WEISI | WESLEY | WEISI | LI |
| 44 | ZAHIDA | PERVEEN | CHEEMA | JOULIAN | NIKOLAEV | MILANOV |
| 45 | PAVEL | BORISOVICH | SHERASHENKOV | | | |
| 46 | IRYNA | | WATKINS | | | |
| 47 | ZAHIDA | PERVEEN | CHEEMA | | | |
| 48 | JOULIAN | NIKOLAEV | MILANOV | | | |
| 49 | CESAR | MANUEL | TELLEZ MURUATO | | | |
| 50 | NILESHBHAI | BALUBHAI | PATEL | | | |

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 51 | LIUDMILA | VASILI | STRATULAT | | | |
| 52 | MARIA | DEL ROSARIO | PALMER | | | |
| 53 | ANDREW | RASMUS | HANSEN | | | |
| 54 | XIAOMENG | SU | SAYADETH | | | |
| 55 | ANTONY | GERARD | SHEARER | | | |
| 56 | KING | YEN | CHENG | | | |
| 57 | UGOCHUKWU | CHIGBO | EKE | | | |
| 58 | CERSHEL | | JANVIER | | | |
| 59 | ABDUL | RAHIM | FAHIM | | | |
| 60 | NELOFAR | | PAIMAN | | | |
| 61 | VERONICA | | LOPEZ CONTRERAS | | | |
| 62 | AUGUST | | PAW | | | |
| 63 | SAMRAN | | YAKHASEM | | | |
| 64 | MITCHELLE | ANGELA | FRANCIS | | | |
| 65 | MARIA | HENRIETTE | MANHED FISHER | | | |
| 66 | SHIRLY | PALACAY | MORAN | | | |
| 67 | DARLLELY | ALEJANDRA | NIETO | | | |
| 68 | GRAZEL | MAGNOMI | DICKENS | | | |
| 69 | GERARDO | | LOMELI FONSECA | | | |
| 70 | ALENA | | POPOVA | | | |
| 71 | MARIA | | SEVOYAN | | | |
| 72 | SHANT | | ANANYAN | | | |
| 73 | THOMAS | STEPHAN | HAERING | | | |
| 74 | ESTELA | VILLANUEVA | TOLLISON | | | |
| 75 | QUANG | DUY | NGUYEN | | | |
| 76 | MARINO | ENRIQUE | DE LA CRUZ SANTANA | | | |
| 77 | HECTOR | | OLIVER | | | |
| 78 | VALLERY | ISOKEN | ENOGHABUN | | | |
| 79 | MARTHA | GENOVEVA | APARICIO DE MENDEZ | | | |

| # | \multicolumn{3}{c\|}{Name of Petitioner} | \multicolumn{3}{c\|}{Name Changed to} |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 80 | HUGO | | BARAJAS CORREA | | | |
| 81 | BASILIO | | CORPUS PEREZ | | | |
| 82 | GABRIELA | | OROZCO CORPUS | | | |
| 83 | CHRISTIAN | | RODRIGUEZ BUENO | | | |
| 84 | SETH | CHAD | STRAUSS | | | |
| 85 | PETER | ANTHONY VAUGHN | MILLINGTON | | | |
| 86 | DOROTHY | ELAINE | DONALDSON MILLER | | | |
| 87 | HELEN | | SHEARER | | | |
| 88 | LE | THI MY | NGUYEN | | | |
| 89 | MARTINA | ULRIKE | WILLIAMS | | | |
| 90 | KHALED | SALEH | ALQABILI | | | |
| 91 | ADRIAN | ANDRE CHARLES | HAASE | | | |
| 92 | ERNESTO | | GOMEZ | | | |
| 93 | KUSHAL | KAMLESHKUMAR | PATEL | | | |
| 94 | ALINA | ELMIROVNA | ILKAEVA | | | |
| 95 | MIROSLAV | DIMITROV | YANAKIEV | | | |
| 96 | MAUREEN | YAJAHIRA | VERHAAREN | | | |
| 97 | PARASMANI | | PAGENI | | | |
| 98 | YARA | MOHAMED LABIB | SALEM | | | |
| 99 | YVONNE | MAXINE | WASHINGTON | | | |
| 100 | XIA | | LIN | | | |
| 101 | HUI | | XU | | | |
| 102 | ELMA | BENITEZ | BABECKI | | | |
| 103 | KHADIJA | | AGDAOU | | | |
| 104 | ZHOU | | YANG | | | |
| 105 | TERESA | MARGARITA | CARDONA GONZALEZ | | | |
| 106 | FERNANDO | RODRIGUEZ | PACHECO | | | |
| 107 | JOSE | EDUARDO | ROJAS SEPULVEDA | | | |
| 108 | LUCIA | | ROJAS-SEPULVEDA | | | |

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 109 | CONSTANTINO | | CASAS FORTANEL | | | |
| 110 | CHADLEY | DECIO | FROES | | | |
| 111 | NIKITA | | DESAI | | | |
| 112 | NAI | | PAN NI | | | |
| 113 | RAFAEL | URIEL | VARGAS | | | |
| 114 | IRIS | ELENA | FRANCO GARCIA | | | |
| 115 | ELHAM | NESSEM | NICHOLS | | | |
| 116 | FOLAKE | JALILAH | LAWAL | | | |
| 117 | WEI | PING | BRYANT | | | |
| 118 | XUAN | THI | NGUYEN | | | |
| 119 | DAMAINE | ANTHONIO | CLARKE | | | |
| 120 | SHAUNA | AMANDA | WILSON | | | |
| 121 | SOO | JUNG LEE | MCNEELY | | | |

ORDERED this 19th day of September 2019 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge