# United States District Court
# District of South Carolina

## Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance. Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed to | | |
|----|-------|-------------|---------------------|-----------|-----------|--------------------|
|    | First | Middle | Last | First | Middle | Last |
| 1  | ROSA | ISELA | ORTEGA RAMOS | ISELA | | ORTEGA |
| 2  | PADMAVATHY | | VENKATASUBRAMANIAN | RAMYA | | RAMACHANDRAN |
| 3  | SARAH | LUNG HNEM | PAR | LUNG | HNEM | PAR |
| 4  | MARIA | ROSA | ORAMS | ROSI | ZOILA | ORAMS |
| 5  | ISABEL | | BASSO DE GILLESPIE | ISABEL | | GILLESPIE |
| 6  | FNU | | BHAGIRATHY SOMAYA | BHAGIRATHY | | SOMAYA |
| 7  | OLIVIER | ALEXANDER | SEGURA ZUNIGA | ALEXANDER | | SEGURA |
| 8  | SULMA | DAMARIS | JARAMILLO | SULMA | | JARAMILLO |
| 9  | QUYEN | THI | NGUYEN | QUYEN | | NGUYEN |
| 10 | JAVIER | ENRIQUE | MENDEZ GUERRERO | JAVIER | | MENDEZ |
| 11 | JIMMYNORYS | TSHIMANKINDA | KABONGO | NARCELHIO | JIMMY TAJ | KGOSI |
| 12 | CLAUDIA | KARINA | GARCIA | CLAUDIA | KARINA | CALDERON MARTINEZ |
| 13 | HEIDY | | MARROQUIN | HEIDY | ESTELA | JOHNSON |
| 14 | ANH | TRUONG NHAT | DAO | NATHANIEL | NHATANH | DAOTRUONG |
| 15 | GOMATHI | | INBARAJ | GOMATHI | | LOGANATHAN |
| 16 | NATALYA | MIKHAYLOVNA | BALUYAN | NATALYA | | BALUYAN |
| 17 | MERVET | YOUSIF | FOWLER | MARTHA | ALEXANDRA | FOWLER |
| 18 | HAMMAD | | AHMED | HAMMAD | | AHMAD |
| 19 | JENYFFER | JOHANA | MENESES SALDARRIAGA | JENYFFER | | MENESES |

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 20 | ALBA | LUZ | WHITENIGHT | ALBA | LUZ | MUNOZ LIZARAZO |
| 21 | SEOK | WON | CHOI | ALEX | KWON BOWERS | CHOI |
| 22 | ALPABEN | VIRENDRA | PATEL | ALPA | VIRENDRA | PATEL |
| 23 | DU | VU | LE | DAVID | | LE |
| 24 | GEORGE | HENRY ELKOMS GAWARGUC BA | GARGAS | GEORGE | HENRY | GARGAS |
| 25 | ANDREA | SARAI | AMAYA HENRIQUEZ | ANDREA | SARAI | AMAYA DE HENRIQUEZ |
| 26 | AYESHA | | TAHURA | AYESHA | TAHURA | NIZAMI |
| 27 | VYACHESLAV | PETROVICH | DONETS | SLAVIC | PETROVICH | DONETS |
| 28 | YANNAN | | SHEN | LILY | ANNA | SHEN |
| 29 | KA LOK | | LI | TIMOTHY | KA LOK | LI |
| 30 | ANH TUYET | THI | NGUYEN | TUYET | | NGUYEN |
| 31 | IRYNA | ANATOLEVNA | SHINOV | IRINA | | SHINOV |
| 32 | ANNA LYN | | GLASS | ANNA | | GLASS |
| 33 | SHERRY | A | ROYAL | SHARON | ANN | MORDEN ROYAL |
| 34 | NADZEYA | | GURCHENKO | NADIA | | GURCHENKO |
| 35 | CHARVIBEN | RAVI | PATEL | CHARVI | RAVI | PATEL |
| 36 | PETR | NIKOLAYEVICH | ALEKSEYEVETS | PETER | NIKOLAYEVICH | ALEKSEYEVETS |
| 37 | EDWIN | ARTURO | MEJIA GARCIA | EDWIN | | MEJIA |
| 38 | FNU | | SAVITA | SAVI | | MENZEL |
| 39 | DILCIA | YANETH | FLORES DE GRATTO | YANETH | | GRATTO |
| 40 | YOUNG | CHEOL | BYUN | KENNETH | YOUNG | BYUN |
| 41 | SEUNGHUN | | LEE | JONATHAN | SEUNGHUN | LEE |
| 42 | VICTORIA | ANDREINA | RANGEL SIMMONS | TORA | LEE | RANGEL |
| 43 | CUONG | VIET | NGUYEN | THOMAS | VIET | NGUYEN |
| 44 | ELIANA | GABRIELA | SOSA | ELIANA | | SOSA |
| 45 | MARIA | DE LOS ANGELES | YANEZ LOZANO | ANGELES | | YANEZ LOZANO |
| 46 | WANGZI | | ZHENG | JESSE | WANGZI | ZHENG |

|    |            |   |           |          |          |           |
|----|------------|---|-----------|----------|----------|-----------|
| 47 | ALIAKSANDR |   | NAVUMENKA | ALEX     |          | NAVUMENKA |
| 48 | KATSIARYNA |   | NAVUMENKA | KATERINA |          | NAVUMENKA |
| 49 | MIN        |   | DU        | MIN      | GWENNETH | DEAL      |

ORDERED this 22nd day of January 2020 at Spartanburg, South Carolina.

*Donald C. Coggins, Jr.*
Donald C. Coggins, Jr.
United States District Judge