# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| Alien Registration No. | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 207-230-951 | SVETLANA | | RADIONOVA | SVETLANA | | BUCHELNIKOVA |
| 063-997-894 | KIRITKUMAR | RAMANLAL | PATEL | KIRIT | | PATEL |
| 063-997-893 | GITABEN | KIRITKUMAR | PATEL | GITA | | PATEL |
| 204-075-786 | MARIA | ELAINE | DOWNEY | ELAINE | SAGARANG | AMBROCIO |
| 205-774-769 | MARITTE | MARCOUS ZAKI | MARCOUS | MARIETTE | | MARCOS |
| 061-913-742 | HUI | | WANG | ANNA | HUI | WANG |
| 063-848-659 | YASHVANTKUMAR | M | PATEL | YASHVANT | M | PATEL |
| 063-180-554 | ZABIULLAH | | ABDUL LATIF | ZABIHULLAH | | LATIFY |
| 207-179-418 | MAXIMILIANO | NAHUEL | MAREQUE DALLA VALLE | MAXIMILIANO | | MAREQUE |
| 097-069-229 | AUGUSTE | | NTICANYIBAGICA | AUGUSTE | KIMASA | NTIRANYIBAGIRA |
| 063-443-974 | DIPALIBEN | A | PATEL | DIPALI | MEET | PATEL |
| 205-683-897 | EHAB | KHALIL MIKHAEL | MOAWAD | EHAB | K | MIKHAEL |
| 047-852-890 | NADA | | OBEID | NADA | OBEID | NASSRAH |
| 205-687-806 | MARIANNA | EHAB KHALIL MIKHAEL | MOAWAD | MARIANNA | | MIKHAEL |
| 206-117-758 | BELEN | CRISTINA | UQUILLAS QUILA | BELEN | CRISTINA | RUTAN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 207-011-670 | HARI | | WUNDARTO | HARI | WUNDARTO | OWINGS |
| 208-790-459 | NATALIE | SERETA | DIAZ | NATALIE | SERETA | BLACKBURN |
| 207-679-373 | ANA | ISABEL | CASTRO VILLALOBOS | ANA | ISABEL | CASTRO MILLER |
| 207-216-230 | HANAN | HELMY REYAD | LOKA | HANAN | LOKA | MIKHAEL |
| 212-265-087 | OMID | | KHUDOBAHSH | OMID | | SARWARI |
| 207-774-999 | REGINE | MILLS | KAMENI | REGINE | | KAMENI |
| 089-509-675 | MARIA | LUCIA | BOLAT | MARIA | LUCIA BURIM | KING |
| 047-167-558 | YI HAO | | ZHONG | ARNOLD | | ZHONG |
| 204-644-532 | JAMES | CHUKWUDI | OFUASE | JAMES | EBUKA | OKPALA |
| 062-565-495 | CARLOS | ALEJANDRO | MANOSALVAS CANDO | CARLOS | ALEJANDRO | MURRAY CANDO |
| 205-211-363 | NAPOLEON | | HERNANDEZ FLORES | NAPOLEON | | HERNANDEZ |
| 060-990-275 | ANH | HOANG | TRUONG | SHERRY | ANH | TRUONG |
| 057-073-185 | LYNZEL MAE | | DIMAL | LYNZEL MAE | GRACELLA | ENGSTROM |
| 087-093-115 | LOYANE | AQUINO | SCARPA | LOYANE | PESSOA | AQUINO |
| 063-901-025 | DANG | MINH | TRAN | DIMITRI | | TRAN |
| 201-121-869 | YENNY | | RICHARDSON | JENNY | | RICHARDSON |
| 204-312-836 | ANDREA | RICELY | CON ALBINANA | ANDREA | RICELY | ALBINANA |
| 098-862-686 | MEIQI | | GU | MAGGIE | MEIQI | GU |
| 089-770-521 | NORMA | ANGELICA | FAJARDO DE SOLIS | NORMA | ANGELICA | SOLIS |
| 042-392-435 | MARIBEL | | BUESO CHACON | MARIBEL | | BUESO-WELSH |
| 203-013-268 | DOROTHY | AMACNA | ENTICE | DOROTHY | ENTICE | DILORETO |

| 203-437-186 | YAIMA | CONSUELO | RODRIGUEZ-BARROSO | ASHLEY | | SANTOYA |
| --- | --- | --- | --- | --- | --- | --- |
| 207-093-115 | RENETA | SLAVCHEVA | IGNATOVA | RENETA | SLAVCHEVA | STOYANOV |

ORDERED this 20th day of November 2020 at Charleston, South Carolina.

_____
Richard M. Gergel
United States District Judge