# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance. Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed to | | |
|----|------|------|------|------|------|------|
|    | First | Middle | Last | First | Middle | Last |
| 1  | RENQIU |  | MA | MARY |  | GEORGE |
| 2  | HAO | XUAN | PHAN | HENRY |  | NGUYEN |
| 3  | CHOONG HYUN |  | LEE | DANIEL | YODONG | LEE |
| 4  | NOE | REE | PAW | NORI |  | PAW |
| 5  | ROCIO |  | MANRIQUEZ MUNOZ | ROSIE |  | CLARKE |
| 6  | KYOUNG | J | JUNG | TIM | JIN | JUNG |
| 7  | SAI |  | KO | RAIN |  | KO |
| 8  | YADIRA |  | CONTRERAS | YADIRA |  | CARRILLO CONTRERAS |
| 9  | DURUO |  | YANG | ISADORA | DURUO | DEAL |
| 10 | DINARA |  | SHAISULTANOVA | DINARA |  | DAIR |
| 11 | KYAW |  | HTAIK | JIM | KYAW | KB |
| 12 | DEBORA | CRISTINA BASSETTO | PEREIRA ROLLE | DEBORA | CRISTINA | ROLLE |
| 13 | EUI JUN |  | OH | LIAM | JUN | OH |
| 14 | GRACIELA |  | ESPINOZA ROCHA | CRACIELA |  | ROCHA QUIROZ |
| 15 | KRISHNABEN JANAKKU |  | PATEL | KRISHNA | RONAK | PATEL |
| 16 | YOGITHA |  | NAYAK | YOGITHA |  | PRABHU |
| 17 | HANH | DAN THANH | NGUYEN | THANH | DAN | NGUYEN |
| 18 | BERTA |  | MARQUES | BERTA |  | BRONICKA |
| 19 | HA | NGOC LE | PHAN | IVY | PHAN | NGUYEN |
| 20 | KEREN |  | ESIKI MASAMBULA | KEREN | MASAMBULA | ESIKI MPUMBU |
| 21 | HWAREONG |  | MILES | KARA | LEE | MILES |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | SAW | KA | MHAWE | ELIJAH | | THAUNG |
| 23 | KYAW | | KLU | KWEH | KALU | TAW |
| 24 | MARIA | DEL ROSARIO | IANNONE | MARIA | DEL ROSARIO | ALVAREZ ALMADA |
| 25 | LUCIE | HABIBA | MBETE NADJINDIGIMEL | LUCIE | HABIBA | MBETE |
| 26 | DAI | TRANG | DUONG | JENNY | | DUONG |
| 27 | ADRIANA MAE | DORO-ON | BROWN | ADRIANA MAE | | DORO-ON |
| 28 | PAUL JEFFREY | OCAMPO | MATA | PAUL | GEFFREY | MATA |
| 29 | NENSIBEN | TARPAN | SHAH | NENSI | TARPAN | SHAH |
| 30 | MA | ELENA | CORENO | ELENA | | CORENO |
| 31 | ANGELICA | MARIA | BATRES DE LOPEZ | ANGELICA | MARIA | BATRES PACAZ |
| 32 | ANGELA | AZUCENA | BALDIZON | ANGELA | AZUCENA | ESPINOZA TORUNO |
| 33 | NGAN | THUY THANH | PHAM | NGAN | | PHAM |
| 34 | SAPNABEN | AMIT | DESAI | SAPNA | AMIT | DESAI |
| 35 | JUN | | ZHANG | BENSON | | ERICKSON |
| 36 | ARACELIS | | SOTO DEL VILLAR | ARACELIS | | FERGUSON |
| 37 | DONGYU | | CHEN | CARRA | D | HAMNER |
| 38 | KRZYSZTOF | TOMASZ | LIPSKI | CHRISTOPHER | THOMAS | LIPSKI |
| 39 | FNU | | RAHIMULLAH | RAHIMULLAH | | ZAKHEL |
| 40 | SEN | | BAWI | VANLAL | | LIAN |

ORDERED this 18th day of December 2020 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge