# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| | | NAME OF PETITIONER | | | NAME CHANGED TO | | |
|---|---|---|---|---|---|---|---|
| | A-NUMBER | FIRST | MIDDLE | LAST | FIRST | MIDDLE | LAST |
| 1 | 214331045 | XIANG | | HUANG | MAGGIE | XIANG | COLEMAN |
| 2 | 092296121 | SERAPIA | | DIAZ DE POPOCA | SARA | | DIAZ |
| 3 | 064784143 | VEKENEGA | | KOTRULYA | VICKY | | KOTRULYA |
| 4 | 212726167 | NU NU | | PAN | MARIA | ZHANG | SIMON |
| 5 | 063363177 | LEIDY | ANDREA | PENUELA LIZCANO | ANDREA | | PENUELA LIZCANO |
| 6 | 205969188 | ANJUKUMARI | SITARAM | PRASAD | ANJUKUMARI | JEREMIAH | SUMMEY |
| 7 | 200164196 | NGAN SZE | NG | KLUCSARITS | NGAN SZE | | NG |
| 8 | 075455210 | CATALINA | | AGUILAR | CATALINA | | SALAZAR |
| 9 | 207384248 | FNU | | NITIN MAHESHWARI | NITIN | NMN | MAHESHWARI |
| 10 | 076486293 | LUCELLY | | ARANGO | LUCELLY | | JIMENEZ |
| 11 | 204017302 | SANGEETHA | | CHINNASAMY KANAGARAJ | SANGEETHA | | KUMARESAN |
| 12 | 063578339 | MARIA | CARMELA | VILCHEZ LEIVA DE SOTOVELEZ JR | MARIA | CARMELA | VILCHEZLEIVA |
| 13 | 077717357 | ELIETTE | ALEJANDRA | CAMBY | ALEJANDRA | | CASTRO |
| 14 | 077021346 | BRENDA | LEE | HENRY | BRENDIE | LEE | EASTRICH |
| 15 | 063670365 | ANH | TRUONG NHAT | DAO | NATHANIEL | NHATANH | DAOTRUONG |
| 16 | 028018379 | NGUYEN | THI | NGUYEN | TIA | KIM | NGUYEN |
| 17 | 063755380 | VIKTORYIA | | MIKHALEVICH | VICTORIA | | KOVALEVICH |
| 18 | 027562380 | EDNA | LYN | STRICKLAND | LYN | SILVESTRE | STRICKLAND |
| 19 | 064101398 | FNU | | MUDIT SHARMA | MUDIT | | SHARMA |

Page 1 of 2

| | | NAME OF PETITIONER | | | NAME CHANGED TO | |
|---|---|---|---|---|---|---|
| A-NUMBER | FIRST | MIDDLE | LAST | FIRST | MIDDLE | LAST |
| 20 | 063043455 | DARSHNA | CHIRAG | GANDHI | DARSHNA | KAVAN | GANDHI |
| 21 | 088526523 | DIANA | | MOLINA CORTES | DIANA | KATALINA | HERNANDEZ CORTES |
| 22 | 206601567 | NATALIYA | GRYGORIVNA | TANVERDI | NATALIYA | GRACE | GRANT |
| 23 | 087223687 | ANNA | EVA | COLLINS | ANNA | EVA | KARLSSON |
| 24 | 035068714 | ANDRZEJ | JOZEF | SLOMA | ANDREW | JOSEPH | SLOMA |
| 25 | 025257495 | SOUKSAN | | ONESY | TONY | SOUKSANH | ONESY |
| 26 | 063932716 | MENGHAN | | GUO | REBECCA | | GUO SALIUTAMA |
| 27 | 071287804 | YELENA | GAVRILOVNA | LIVENTSOVA | YELENA | | LIVENTSOVA |
| 28 | 088497850 | NIKHIL | | ASHOK | NIKHIL | | KHANTED |
| 29 | 064048869 | NATHALY | BERTHA | CASTRO CORONELL | NATHALY | CORONELL | GILMORE |
| 30 | 064749872 | SERGEI ALEKSANDROV | | VLASENKO | SERGEI | | VLASENKO |
| 31 | 203174875 | MANUELA | DEL CARMEN | GARABAN GARABAN | MANUELA | DEL CARMEN | HERNANDEZ |
| 32 | 207660882 | XINGHUA | | JI | PENNY | PAN | FANG |
| 33 | 074469886 | DIEM THUY | THI | NGUYEN | THUY | DIEM | NGUYEN |
| 34 | 094598917 | VIKTAR | S | SHKODA | VIKTOR | | SHKODA |
| 35 | 095240984 | UMA DEVI | | TUMMALA | UMADEVI | | ADUSUMILLI |

ORDERED this 15th day of December 2020 at Spartanburg, South Carolina.

_____
Donald C. Coggins, Jr.
United States District Judge