# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | **First** | **Middle** | **Last** | **First** | **Middle** | **Last** |
| 1 | LADDA | | PHAKHOT | LADDA | PHAKHOT | LEBLANC |
| 2 | ANGELA | AZUCENA | BALDIZON | ANGELA | AZUCENA | ESPINOZA TORUNO |
| 3 | DUNG | NGOC HOANG | LE | JODIE | | LE |
| 4 | JAYMEFER | ROYENA | DAVID | JAYMEFER | BONIFACIO | ROYENA |
| 5 | WINIFRED | | AZU | WINIFRED | AZU | ANTWI |
| 6 | DANIELLE | MARIE | MUIR | DANIELLE | MUIR | LYON |
| 7 | KAMLESHKUMAR | KANTIBHAI | PATEL | KAMLESH | K | PATEL |
| 8 | DIEM | T | LE | SARAH | | LE |
| 9 | WESLEY | | NGATIA | WESLEY | NGATIA | MILANO |
| 10 | DO AH | | KIM | DOAH | KIM | BAE |
| 11 | PAYALBEN | NILAYKUMAR | PATEL | PAYAL | NILAYKUMAR | PATEL |
| 12 | DEBORAH | MARILYN | SKLERYK | DEBORAH | MARILYN | SKLERYK-GRAHAM |
| 13 | NATALYA | | VARANTSYA | NATALYA | | LANGO |
| 14 | CINDY | JOSHIRA | LEMUS ESPINOZA | CINDY | JOSHIRA | BETANCOURT |
| 15 | MARIA | EUGENIA | MUNOZ HERNANDEZ | MARIA | | COTTER MUNOZ |
| 16 | SONIA | MERCEDES | HERNANDEZ | SONIA | MERCEDES | DE LA MOTA ALMONTE |
| 17 | GERSON | ISAI | CAL JUL | GERSON | ISAI | CAL |
| 18 | NELI | DIMITROVA | STOYANOVA | NELI | DIMITROVA | TORRENCE |
| 19 | RENATE | | KABLINGER | RENATE | | JONES |
| 20 | HEATHER LORRAINE | MACARAYA | ARROYO | HEATHER LORRAINE | ARROYO | SELMA |
| 21 | MONICA | PATRICIA | VISBAL | MONICA | P | VISBAL |

| 22 | XADISA | | YULDASHEVA | HADISA | | FEDOMATOVA |
|---|---|---|---|---|---|---|
| 23 | AVISH BIREN | SARAD PURSHOTAM | PATEL | AVISH | YASHMIN | PATEL |
| 24 | KOMILAKHON | ABDUVALIEVNA | KODIROVA | KAMILLA | | KODIROVA |
| 25 | CRISTINA | MARIA | TAMAS | MARIA | CRISTINA | TAMAS |
| 26 | MARIIA | NIKOLAVEVNA | SILANTEVA | MARIA | | SILANTEVA |
| 27 | BELEN | | FLOREZ | BELEN | MIRANDA | MARTINEZ |
| 28 | FRANCISCO ANTONIO | MENDES | AZEVEDO | FRANCISCO | MENDES | AZEVEDO |
| 29 | NAYDA | | PARISIO DE ABREU | NAYDA | | PARISIO POLDIAK |
| 30 | DIEM | THI | NGUYEN | IVY | | NGUYEN |
| 31 | HANI | SOBHI BOTROS | ABDELMALEK | HANY | | BOTROS |
| 32 | DUMBIRI | JOY | ONYEAJAM | DUMBIRI | JOY | POWELL |
| 33 | PERLA | GUADALUPE | ALVARADO MEDINA | PERLA | G | ALVARADO |
| 34 | YULIYA | ALIAKSANDROVNA | JUS | YULIYA | | JUS |
| 35 | HUONG | THI THEN | VO | HUONG | | VO-PHAN |
| 36 | JI SOO | | LEE | JOYCE | | LEE |
| 37 | FEVEN | MEMBRAHTU | HADGU | FEVEN | | HADGU BYNUM |
| 38 | BEHSHAD | | POURNASR KHAKBAZ | BEHSHAD | SEAN | POURNASR |
| 39 | ANNA | KAREN | RUIZ GUZMAN | ANNA | KAREN | MILLER |

ORDERED this 18th day of May 2021 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge