# United States District Court
## District of South Carolina

### Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 1 | BHAKTIBEN | HARSHADBHAI | COIL | BHAKTI | PATEL | COIL |
| 2 | GYPSY | EVELYN | CALDERON PEREZ | GYPSY | EVELYN | SOLIS |
| 3 | YOONJUNG | | KIM | KATIE | YOONJUNG | KIM |
| 4 | JOHANNYS | KATERINE | MINYETY | KATHERINE | | MINYETY |
| 5 | DHARABEN | ISHWARBHAI | PATEL | DHARA | MITUL | TILVA |
| 6 | BOSHIRUDDIN | BIN | MOHAMMAD ALI | BOSHIRUDDIN | | MOHAMMAD ALI |
| 7 | ROSHIDA | BINTI | NUR ALAM | ROSHIDAH | | NUR ALAM |
| 8 | ISABEL CRISTINA | | GAMEZ PERDOMO DE ANDERSON | ISABEL | CRISTINA | ANDERSON |
| 9 | GILRANUS JOSHUA | | VITALIS | GILRANUS | JOSHUA | VITALIS |
| 10 | EDITH | | HIDALGO DE QUINTANILLA | EDITH | HIDALGO | PAIZ |
| 11 | SHRUTIBEN | ATULKUMAR | PATEL | SHRUTI | | PATEL |
| 12 | VIVIANA | | BARSTAD | VIVIANA | | TRESTINO |
| 13 | DIPTIBEN | NIRAV | PATEL | DIPTI | | PATEL |
| 14 | VIKASBHAI | HASMUKHBHAI | PATEL | VIKAS | H | PATEL |
| 15 | SILVIA | GIANNINA | IZQUIERDO ESPINOZA DE MCCANN | SILVIA | GIANNINA | MCCANN |

ORDERED this 29th day of June 2021 at Greer, South Carolina.

_Donald C. Coggins, Jr._
Donald C. Coggins, Jr.
United States District Judge