# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed to | | |
|----|-------|--------|------|-------|--------|------|
|    | First | Middle | Last | First | Middle | Last |
| 1  | HANG | THI LE | HUYNH | LUCY | LE | HUYNH |
| 2  | YI HSUEN | | CHIANG | HEIDI | SUE | PARSONS |
| 3  | SOO JI | | MUN | SOOJI | | BERTHIAUME |
| 4  | NAZIRA | GUILLERMINA | INGLES | NAZIRA | | SERAPHIM |
| 5  | NIRU | TAMANG | SEYMOUR | ANGEL | | SEYMOUR |
| 6  | JULIE ANNE | MAYONTE | YCOY | JULIE | ANNE | BOWEN |
| 7  | PAOLO RAY | RAZON | ALCANTARA | PAOLO JAMES | RAZON | MARQUEZ |
| 8  | MARIA MARGARITA | RAZON | ALCANTARA | MARIA MARGARITA | RAZON | MARQUEZ |
| 9  | TATYANA | ANZHELOVA | RAINOVA | TATYANA | ANZHELOVA | RAINOV |
| 10 | SONIA | | KEZA | SONIA | KEZA | KAREMERA |
| 11 | CHAN GUN | | JUNG | CHANGUN | | JUNG |
| 12 | DONG HWA | | SHIN | DONGHWA | | SHIN |
| 13 | MARISOL | ISABEL | RODRIGUEZ | MARISOL | ISABEL | GOMEZ HERNANDEZ |
| 14 | BLIA | PATRICIA ESTELLE | OLILO | PATRICIA | | OLILO GOGOA |
| 15 | JOSEFINA | | CASTRO DE SORIANO | JOSEFINA | | CASTRO MEZA |
| 16 | JESSICA | | STACIESKI DOS SANTOS | JESSICA | | STACIESKI |
| 17 | OLGA | CECILIA | KLINDT | OLGA | CECILIA | BETANCOURT |
| 18 | FELIX | EDUARDO | BETANCOURT ORTIZ | FELIX | EDUARDO | BETANCOURT |
| 19 | TUYEN | THI BICH | PHAN | SARAH | | PHAN |
| 20 | AHMED | MOHAMED ALY | ALY ESMAT SHAKER | AHMED | M | ESMAT |
| 21 | ROHINKUMAR | MANHARBHAI | PATEL | ROHIN | MANHARBHAI | PATEL |

| 22 | FUNDA |  | SAHIN KUTLU | JANE | FUNDA | KUTLU |
|---|---|---|---|---|---|---|
| 23 | HAIHONG |  | SHEN | HAIHONG |  | LI |
| 24 | LUIZ CLAUDIO |  | ALEGRE DA SILVA | LUIZ | WILLING ALEGRE | SILVA |
| 25 | REINA | DE JESUS | VARGAS DE REYES | REINA | DE JESUS | IPINA VARGAS DE REYES |
| 26 | HSIN | CHEN | LIN | JENNY | LIN | RIGGS |
| 27 | DAVID | EDUARDO | FLORES TREJO | DAVID |  | TREJO |
| 28 | ALEXANDRIA | VELRA | MCDONALD | ALEXANDRIA | MCDONALD | WAGES |
| 29 | MICHELLE | VALERIE | VAN ROOYEN | MICHELLE | VALERIE | LESMEISTER |
| 30 | JOHANNA | PAOLA | VELEZ GRUNDY | JOHANNA | PAOLA | IMPERIAL |
| 31 | MARIA | ANGELICA | VIVAS DE SIMPSON | ANGELICA | VIVAS | SIMPSON |
| 32 | MARIA | ALMINDA | MENDEZ RODRIGUEZ | MARIA | ARMINDA | FELIX |
| 33 | CAROLINA |  | HERNANDEZ ROJAS | CAROLINA |  | GALVAN |
| 34 | HYUN | BONG | KIM | DANIEL | HYUN | KIM |
| 35 | YEN | NGOC | LE | CINDY | YEN | LE |
| 36 | MARCELA | ALEXANDRA | MORENO-ALVAREZ | MARCELA |  | LOSBY |
| 37 | WENDY | MARIA | FRANCO MELENDEZ DE MELGAR | WENDY | MARIA | MELGAR |
| 38 | CHRISTIAN | MOKASSO | DOUONMONG | CHRISTIAN | MOKASSO | DOUOMONG |
| 39 | NIKIBEN | KIRANBHAI | PATEL | NIKI | KIRAN | PATEL |
| 40 | HAJIN |  | SON | ERIC | JAY | SON |
| 41 | YEJIN |  | SON | OLIVIA | EVELYNN | SON |
| 42 | PHEPHELAPHI |  | MOYO | CHANTEL | PHEPHELAPHI | MOYO |
| 43 | JAYESHKUMAR | GOVINDBHAI | PATEL | JAY | GOVINDBHAI | PATEL |
| 44 | PATRICIA | GUTIERREZ | SMITH | PATRICIA | GUTIERREZ | MERON |

ORDERED this 30th day of August 2021 at Charleston, South Carolina.

*[signature]*

Richard M. Gergel
United States District Judge