# United States District Court
## District of South Carolina

## Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 1 | AYUSHIBEN | MANOJBHAI | PATEL | AYUSHI | BHAVIN | PATEL |
| 2 | YONGAN | | TANG | MATTHEW | YA | TANG |
| 3 | LIDIA | | SANCHEZ DE SILVERIO | LIDIA | | SILVERIO |
| 4 | RYUNAH | | GOH | LUNA | | GOH |
| 5 | IULIIA | SERGEYEVNA | DEMIDOVA | YULIA | SERGEYEVNA | DEMIDOVA |
| 6 | MARIE | JOHANNE DIANE | PERREAULT | DIANE | | CLARK |
| 7 | GLADYS | LETICIA | AYALA-NAVARRO | GLADIS | LETICIA | AYALA-RANDAZZO |
| 8 | MARIA | REYNA LETICIA | ESTRADA GARCIA | REYNA | | GUERRERO |
| 9 | HAIYUN | | HOU | JUNE | HAIYUN | HOU |
| 10 | RIYABEN | SHAILESHKUMAR | PATEL | RIYA | HARSH | PATEL |
| 11 | JOANN | JACQUELINE | DAVIS | JOANN | JACQUELINE | DAVIS RAWLINS |
| 12 | MAYANKBHAI | GIRISHBHAI | PATEL | MAYANK | G | PATEL |
| 13 | -- | -- | MOHAMMED RIAZUDDIN | RIAZUDDIN | | MOHAMMED |
| 14 | THONG | LE TAN | NGUYEN | SKYLER | LE TAN | NGUYEN |
| 15 | ISELA | | GUEDEA VAZQUEZ | ISELA | | VAZQUEZ CRUZ |
| 16 | SHARMILA | | KATUWAL | SHARMILA | KATUWAL | THAPA |
| 17 | HERCULES | LADESMA | SANTOS | HERCULES | LEDESMA | SANTOS |
| 18 | FRANCISCO | JAVIER | CAMPOS-GUTIERREZ | FRANCISCO | JAVIER | CAMPOS |
| 19 | YI | | LI | ROBERT | YI | LI |
| 20 | THAO THI PHUONG | | TRAN | THALIA | | ENGLING |
| 21 | PICHOLA | | WOFFORD | CHOLA | PICH SOK | WOFFORD |
| 22 | BINITABEN | TARAL | PATEL | BINITA | TARAL | PATEL |
| 23 | ALBERTO | JOSE | AUTUN ROSADO | ALBERTO | AUTUN | GOLDSTON |
| 24 | RENEELEN | | MAXWELL | REN | | MAXWELL |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | HUE | THI | LE | LUCY | | LE |
| 26 | JOSE | DANIEL | MOLINA GARCIA | JOSEPH | DANIEL | MOLINA |
| 27 | ALAALDEEN ZAKARIA | | ALSHAIKH | ALADDIN | ZAKARIA | ALSHAIKH |
| 28 | YENNY | NOELIA | HERNANDEZ-PAZ | YENNY | NOELIA | STONE |
| 29 | EHSAN-U-RAB | | ARBAB | EHSANURAB | | ARBAB |
| 30 | JOHANNA | | PALACIO AGUDELO | JOHANNA | | JAIMES |
| 31 | ANDREY VINICIUS | | RODRIGUES CARVALHO PEREIRA | ANDREY | RODRIGUES | PEREIRA |
| 32 | JEE | POCULAN | CHELLEY | SAMANTHA | | CHELLEY |
| 33 | TRANG | THI THUY | NGUYEN | EVA | TRANG | NGUYEN |
| 34 | GERHARD | MARTIN | MULLER PAETZ | GERHARD | | MULLER |
| 35 | MARIA | CRISTINA DEL PILAR | RENTERIA HIGUERA | PILAR | | RENTERIA |
| 36 | GOU SON | | HAN | DAVID | | HAN |
| 37 | KYI KYI | | KHAING | KYI | | KHAING |
| 38 | IRENE | MAFFIE | FRANCO ROJERO | IRENE | | FRANCO-ROJERO |
| 39 | HARSHIL KUMAR | ROHITKUMAR | PATEL | HARSHIL | | PATEL |
| 40 | SIOMARA | NET | VALDEZ GARATE | SIOMARA | | VISCARRA |
| 41 | LEN | | SUNG | AYEAYE | | KHAIN |
| 42 | GULNORA | | RAVSHAN | HATICA | ALLAHBERDI | RAVSHAN |
| 43 | DISHABEN | SAYSANG | PATEL | DISHA | SAYSANG | PATEL |
| 44 | MARTHA | | RIVAS KLEICH | MARTHA | | RIVAS PIMENTEL |
| 45 | NATALIIA | VASILIVNA | DZHURYNSKA | (DECIDED NOT TO CHANGE NAME) | | |
| 46 | NILUFAR | | ISOMATOVA | (DECIDED NOT TO CHANGE NAME) | | |

ORDERED this 14th day of March 2022 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge