UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed to | | |
|----|-------|--------|------|-------|--------|------|
|    | First | Middle | Last | First | Middle | Last |
| 1  | ARELIS |  | MOORE DE PERALTA | ARELIS |  | MOORE |
| 2  | EMILIO |  | GARCIA VAZQUEZ | EMILIO |  | GARCIA |
| 3  | KANISHABEN | H | KAPADIA | KANISHA |  | KAPADIA |
| 4  | HIRENKUMAR | INDRAVADAN | KAPADIA | HIREN |  | KAPADIA |
| 5  | ANDRIY |  | TULAYEV | ANDREW |  | FEDORUK |
| 6  | FIORELLA | MILAGROS | FUENTES | FIORELLA | MILAGROS | VARGAS |
| 7  | CARLOS | HERNAN | JENKINS PEREZ | CARLOS | HERNAN | JENKINS |
| 8  | MY HANH | MY DANG | TIEN | HANH | DANG | TIEN |
| 9  | JEANNE |  | UWAMAHORO | GENTILLE | MAHIRWE | MUNYAMBONERA |
| 10 | DENISE |  | MUKESHIMANA | DENISE | WAMBAJE | MUNYAMBONERA |
| 11 | LEIF | DAN GUNNAR | SIDEN | GUNNAR | LEIF DAN | SIDEN |
| 12 | ALINA | DMITRIYEVNA | DMITRIYEVA | ALINA | DMITRIYEVNA | BALLEW |
| 13 | CYNTHIA | OCAMPO | STEWART | CYNTHIA | CELESTINO | HENDERSON |
| 14 | JIGNISHABEN | UMESHBHAI | PATEL | JIGNISHABEN | URVESHKUMAR | PATEL |
| 15 | MALAYKUMAR | MUKESHBHAI | PATEL | MALAY | MUKESH | PATEL |
| 16 | VITALY | NIKOLAYEVICH | VEDERNIKOV | JOSH | VITALY | SCOTT |
| 17 | ALEXANDRA | YURIEVNA | VEDERNIKOVA | SANDRA |  | SCOTT |
| 18 | MITALBEN | ANILKUMAR | PATEL | MITAL | A | PATEL |
| 19 | AMISHA | ANILKUMAR | PATEL | AMISHA | A | PATEL |
| 20 | CAROLINA |  | DE LA CRUZ MOTA | CAROLINA | DE LA CRUZ | DE MOTA |

ORDERED this 14th day of June 2022 at Greenville, South Carolina.

Donald C. Coggins, Jr.
United States District Judge