# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance. Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed to | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| THU | THI THANH | HO | EMILY | THU | HO | A - 206129024 |
| ABEL | | GARCIA PINEDA | ABEL | | PINEDA | A - 087986028 |
| EMELY | DIOHANNA | TREJO VENTURA | EMELY | | TREJO | A - 063691031 |
| NIYIBITANGA | | EMELINE | EMELINE | JELANI | NIYIBITANGA | A - 097079056 |
| EKATERINA | VIKTOROVNA | CHITLENOVA | KATE | | CHITLENOV | A - 066566071 |
| LAN HUONG | THI | NGUYEN | NYLAH | NGUYEN | DUONG | A - 066138076 |
| SHADRACK KIPKURUI | KIBLOO ARAP | TANUI | DONNIE | VINNES | TANUI | A - 063815083 |
| SHRADDHA | JAYLESHKUMAR | GANDHI | SHRADDHA | DHRUVKUMAR | GANDHI MAKWANA | A - 065252133 |
| PAULA | | HARDEN | PAULA | | HURT | A - 071767153 |
| JONAH | EMBODO | DOHERTY | JONAH | RECIMILLA | DOHERTY | A - 086903159 |
| JUANITA | | SARMIENTO | JUANITA | | THOMPSON | A - 061955160 |
| XUAN | QUANG | NGUYEN | BRIAN | | NGUYEN | A - 061659199 |
| NGHI | PHUONG | NGUYEN | JEN | | NGUYEN | A - 061659203 |
| MINA | | GHOLAMOZZAKERIN | EMMA | | ERGUWAN | A - 065936205 |
| DIOGO | | PEREIRA VASCONCELOS DORIA FIALHO | DIOGO | | FIALHO | A - 204095240 |
| MUBECCEL | MELIS | MURSALOGLU P VASCONCELOS DORIA FIALHO | MELIS | | FIALHO | A - 204095241 |
| CSENGELLE | NORA | BARDOCZ | NORA | CSENGELLE | BARDOCZ | A - 087088262 |
| NADJA | | KARALIC | NADJA | VICTORIA | BENNETT | A - 208175269 |
| REGINALD | | BLAKE | REGINALD | GEORGE | BLAKE | A - 047848273 |
| DORA | DEYSI | ALVARENGA | DORA | DEYSI | VASQUEZ | A - 074292275 |
| PHAT | CUONG | NGUYEN | JUSTIN | KY PHAT | NGUYEN | A - 061612294 |
| CARLOS | RODRIGO | VIEITES | CROSS | | TURNER | A - 066659295 |
| RAQUEL | | BUSCH | RAQUEL | FUENTES | BUSCH | A - 207976322 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DAXABEN | ALPESHKUMAR | PATEL | DAXA | ALPESH | PATEL | A - 064706344 |
| MAITRI | ALPESHKUMAR | PATEL | MAITRI | ALPESH | PATEL | A - 064706345 |
| JUANA | | FEBLES DE MALDONADO | SORAYA | | FEBLES MALDONADO | A - 066029355 |
| LOUISE | KATHRYN | BLOOR | LOUISE | KATHRYN | MARTIN | A - 078584365 |
| JENEATH | PAGLALUNAN | NILLAMA | JENEATH | NILLAMA | SANBOWER | A - 065624369 |
| BRENDA | RAQUEL | CHACON CASTRO | BRENDA | RAQUEL | MILLER | A - 207679374 |
| IRENE | | SANCHEZ RAMIREZ | IRENE | | CASTILLO | A - 087567386 |
| RAQUEL | MIGLIORINI | CORGOSINHO | RAQUEL | MIGLIORINI | MACHADO | A - 095839386 |
| DUYEN | VO KIEU | DUONG | IVY | | NGO | A - 065627441 |
| MENGFANG | | HO | FLORA | MENGFANG | HO | A - 204140445 |
| MARIA | ALEXANDRA | WILSON | MARIA | ALEXANDRA | HENRIQUEZ | A - 088126446 |
| CRISTIAN | ENRIQUE | MENDEZ ORDONEZ | CRISTIAN | | ORDONEZ | A - 210213455 |
| SREY | NETH | THAB | SREYNETH | VANN | THAB | A - 062704470 |
| KARINA | ALBERTOVNA | GIBEAU | KARINA | ALBERTOVNA | MINGAZOVA | A - 205617472 |
| LYDIE | SYLVIE | ANASSE EPOUSE MAN | LYDIE | | SUNSHINE | A - 064742485 |
| KUNJIRA | | PRATHANTHOTSAPORN | PRAEWA | VERNON | JOHANSON | A - 214011498 |
| ILDIKO | | PATTERSON | ILDIKO | | OJEDA | A - 087090501 |
| FRANCISCO | MAXIMIANO | FERNANDES NETO | FRANCISCO | | FERNANDES | A - 072180528 |
| KARINA | GILLETH | ROMERO NAJERA | KARINA | GILLETH | ESCOBEDO ROMERO | A - 205239620 |
| LILIANA | | RODRIGUEZ MAYNEZ | LILIANA | | RODRIGUEZ DEVINE | A - 207269641 |
| JESUS | DANIEL | GALVAN CONTRERAS | DANIEL | | GALVAN CONTRERAS | A - 209106667 |
| ROHITKUMAR | K | PATEL | ROHIT | K | PATEL | A - 065003674 |
| LANH | KIM | PHAM | LANA | KIM | PHAM | A - 042363689 |
| MA ANGELICA | ABELLA | PALAO | MARIA ANGELICA | ABELLA | PALOMA | A - 204763698 |
| MARIA | VERONICA | ZAMBRANO | MARIA | VERONICA | GUILMETTE | A - 214871702 |
| ELIZABETH | GUADALUPE | GONZALEZ JIMENEZ | ELIZABETH | | GONZALEZ VARGAS | A - 055276757 |
| MICHAEL | JOHN STANLEY | COLLINS | MICK | | CHARATAN | A - 210027793 |
| MAYBETH | SELENNY | SALCEDO BONILLA | MAYBETH | SELENNY | FAGAN | A - 209113793 |
| MARJOLYN | ATAL | QUINTO | MARJOLYN | QUINTO | BALANSAG | A - 065068831 |
| MARIA | ELENA | HOUSTON | MARIA | JOSE | PACAS DE HOUSTON | A - 086981859 |
| PRAPTIBEN | PINAKINBHAI | PATEL | PRAPTI | PARTH | DESAI | A - 062488867 |
| THANH XUAN | | NGUYEN | THANH | | NGUYEN | A - 064879881 |
| ABIODUN | MODUPEOLA | BELLO | ABIODUN | MODUPEOLA | OLATEJU | A - 066360898 |
| JAVIELA | DEL CARMEN | AQUINO DE MATOS | JAVIELA | | AQUINO DE MATOS | A - 066374908 |
| ARIEL | ALEJANDRO | CIFUENTES ARAGON | ALEXANDER | | CIFUENTES | A - 089915941 |

| ARAM | QASIM | MUMANI | ARAM | ODEH | MUMANI | A - 214776942 |
| CLAUDI | DAMARELI | MURPHY | CLAUDIA | | MURPHY | A - 205668943 |
| IRINA | VLADIMIROVNA | SALINAS | ANASTASIA | V | SALINAS | A - 206833951 |
| ZAFAR | | KIROMIDDINOV | ZAFAR | | NIYOZMUHAMMADI | A - 064187954 |
| FILIPA | MILU FERNANDES | WALKER | MILU | FILIPA | WALKER | A - 036783976 |
| LAURA | DANIELA | QUIROGA MULLER | DANIELA | | MULLER | A - 062563991 |

ORDERED this 24th day of June 2022 at Charleston, South Carolina.

*Mary Gordon Baker*
Mary Gordon Baker
United States Magistrate Judge