# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | |
|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last |
| MARIA | MERY | ALVAREZ GUZMAN | MARIA | MERY | LADINO |
| OUKEO | | PHANMISAY | SHELLE | | VORASANE |
| CRISS | JOHANA | RESTREPO | JOHANNA | | RESTREPO |
| BITIA | | MAINARO | REBECCA | BITIA | REGINA |
| SANDRA | NATALIA | QUINTERO | NATALIA | | QUINTERO |
| RAYISA | VLADIMIROVNA | LOZITSKY | RAYISA | | LOZITSKY |
| DUY | MINH | TRAN | DYLAN | DUY | TRAN |
| MANETH | | LEK | MANETH | LINDA | LEK |
| MARYIA | ANDREEVNA | NIPATRUK | MASHA | NIPATRUK | DUNLAP |
| JULIIA | IEVGENYEVNA | SEMENIUK | JULIE | | ZHUK |
| KHEMIKA | | MARUYAMA | ELIZABETH | MAY | MARUYAMA |
| MARGARETH | NATHALY | GUERRA AGUILAR | NATHALY | GUERRA | MAIRA |
| MARGARITA | | CORDOBA GOYCOCHEA | MARGARITA | | CORDOBA CATANO |
| JOSEPH | LEO BRYAN | MCDERMOTT | BRYAN | LEO | MCDERMOTT |
| DHARTIBEN | ANKIT | PATEL | DHARTI | ANKIT | PATEL |
| MIRIAN | | ALVARENGA | MIRIAN | | ORELLANA-MARTINEZ |
| EDITH | JOHANNA | SOLESBEE | EDITH | JOHANNA | ATEHORTUA |
| VOLHA | | HRABOUSKAYA | OLGA | | GRABOVSKY |
| HITESHKUMAR | GOVINDBHAI | PATEL | HITESH | G | PATEL |

| | | | | | |
|---|---|---|---|---|---|
| DHRUVILKUMAR | HITESHKUMAR | PATEL | DHRUVIL | HITESH | PATEL |
| STANISLAV | VALDEMAROVICH | ZHELEZNYAK | STANISLAV | VAL'DEMAROVICH | ZHELEZNYKOV |
| HYO KYOUNG | | SONG | KATE | HYOKYOUNG | SONG |
| PANY | NMN | SAVANH | BONNIE | PHANHLY | SENASY |
| KOKILABEN | RAJNIKANT | PATEL | KOKILA | R | PATEL |
| SHUQI | | JIANG | CLAIRE | | JIANG |
| RAWIWAN | | WONGWAI | RAWIWAN | WONGWAI | JUNG |
| LUZ | AMPARO | GAITAN | LUZ | AMPARO | MARIN |
| CHRISTIAN | RAYMOND | ST LAURENT SIMARD | CHRISTIAN | | ST-LAURENT-GAUTHIER |
| NARDIN | ISHAK AZMY | SHAROUBEEM | NARDEEN | | IBRAHIM |
| WANIBEL | | REYES JAQUEZ | WANIBEL | ROMEO | REYES JAQUEZ |

ORDERED this 5th day of October 2022 at Spartanburg, South Carolina.

Donald C. Coggins, Jr.
United States District Judge