# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed To | | |
|----|-------|----------------|---------------------------------|---------|---------------|-----------------|
|    | First | Middle         | Last                            | First   | Middle        | Last            |
| 1  | MARYNA | FARYDAUNA     | WILLIS                          | MARINA  | FARIDOVNA     | WILLIS          |
| 2  | MARIA | ALEJANDRA      | PARELES                         | ALEJANDRA |             | PARELES ZANOTTI |
| 3  | MA CARMEN | DELA ROSA  | SUNDIAN                         | CARRIE  | DELA ROSA     | SUNDIAN         |
| 4  | LOEUB |                | BINGHAM                         | LILLY   | LOEUB         | BINGHAM         |
| 5  | PIOTR | VENIAMINOVICH  | ZUBCENCO                        | PETER   | VENIAMINOVICH | ZUBCENCO        |
| 6  | JOHANNA | CECILIA      | SANCHEZ VALDIVIEZO              | JOHANNA | C             | SMITH           |
| 7  | ANTONIO | AUGUSTO      | CAMPOS DE MIRANDA               | ANTONIO | A             | MIRANDA         |
| 8  | SANDRA | MARIA         | WARDINE DE CARVALHO DE MIRANDA  | SANDRA  | MARIA         | MIRANDA         |
| 9  | DENIS | ALEKSEYEVICH   | RAMAZANOV                       | DENNIS  |               | RAMAZANOV       |
| 10 | BRAYAN |               | CASTRO BONILLA                  | BRYAN   |               | CASTRO          |
| 11 | QUOC TUAN |            | VU                              | TUAN    |               | VU              |
| 12 | AML   | IBRAHIM FARAG  | BAKIT                           | AML     | MARIA         | EKLADYOUS       |
| 13 | ARMEN | GAVROSHEVICH   | SIMONYAN                        | ARMEN   |               | SIMONIAN        |
| 14 | DANG  | DUY VINH       | TRUONG                          | VINH    | DUY DANG      | TRUONG          |
| 15 | SILVIA | KARINA        | MARTINEZ CASTILLO               | KARINA  |               | MACIAS          |
| 16 | SAIDE |                | BRANDT                          | SADIE   | MARIE         | BRANDT          |
| 17 | CARLOS | ALBERTO       | VIDALES                         | CARLOS  |               | VIDALES         |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | LIZETH | ARELI | DE LA PENA | LIZETH | | VIDALES |
| 19 | OLEXANDR | STEPANOVICH | KUZALOV | ALEKSANDR | | KUZALOV |
| 20 | MA CONCEPCION | | MOLINA | CONCEPCION | | MOLINA |
| 21 | MARIA | LEVANYUK | EICHMAN | MARIA | | EICHMAN |
| 22 | VALERYIA | | HRABOUSKAYA | VALERY | SUMMER | GRABOVSKY |
| 23 | HIEN | HUY | NGUYEN | HENRY | | NGUYEN |
| 24 | POONAMBEN | SHARAD | PATEL | POONAM | SHARAD | PATEL |
| 25 | MAXWEL | JOSHWA | PEREZ TERRERO | MAXWELL | JOSHUA | PEREZ |
| 26 | SYLVIA | DEL PILAR | DIAZ DEZA DE SANCHEZ | SYLVIA | | DIAZ DEZA |
| 27 | ALENA | YURIEVNA | BACHILO | ALENA | YURIEVNA | SHINY |
| 28 | JOANNIS | GEORGE | BILIRIS | JOHN | GEORGE | BILLIRIS |
| 29 | DOHYEON | | SEO | DOHYEON | DANIEL | SEO |
| 30 | PASCUAL | LORENZO | PASCUAL LOPEZ | PASCUAL | LORENZO | LOPEZ |
| 31 | HARESH | NMN | ANAND | HARESH | NYAYADHARMAN | ANAND |
| 32 | SAMANTHA | OCTAVIA | DIAZ VELASCO | SAMANTHA | | DIAZ VELASCO |

ORDERED this 13th day of December 2022 at Spartanburg, South Carolina.

_____
Donald C. Coggins, Jr.
United States District Judge