# United States District Court
## District of South Carolina

### Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | LILIANS | YANELY | ROMERO ASHLEY | LILIANS | YANELY | ROMERO FIGUEROA | A - 200119010 |
| 2 | RASHA | KAMIL THABET | ABDEL MESSIH | RASHA | KAMIL THABET | SOLIMAN | A - 065699096 |
| 3 | MOHAMED | ABDELHAMED ALY SAY | AHMED | MOHAMED | | ALANSARI | A - 214300113 |
| 4 | JEET | | GAPPANNA | JEET GAPPANNA | | MADEYANDA | A - 088823177 |
| 5 | ANNA | JULIA | CARVALHO DE MIRANDA | ANNA | JULIA | MIRANDA | A - 087661265 |
| 6 | IVANIA | MARBELLA | OROSCO BALCARCEL | IVANIA | MARBELLA | BALCARCEL | A - 062474288 |
| 7 | JIGISHABAHEN | Y | PATEL | JIGISHA | Y | PATEL | A - 058480302 |
| 8 | SIREY | SOPHAN | CHANN | JENNY | | YI | A - 099291323 |
| 9 | SHAKUNTLABEN | ALPESHKUMAR | PATEL | PARUL | ALPESHKUMAR | PATEL | A - 063629358 |
| 10 | VIOLETTE DOLGANOVNA | | MUZRAEVA | VIOLETTE | | TOURRES | A - 065247383 |
| 11 | REEMASHREE | | KAVADICHANDA MADAIAH | REEMA | DECHAMMA | KAVADICHANDA | A - 064891391 |
| 12 | TRINH | VIET THI | NGO | WENDY | | NGO | A - 065265431 |
| 13 | MOHAMMAD | | JAVADIRAHNAMAY HAGHIGHAT | MOHAMMAD | | HAGHIGHAT | A - 047541431 |
| 14 | HARSHITHA | | HANBAL SHIVARAM | HARSHITHA | SHIVARAM | HANBAL | A - 088823497 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | JULIIA | | SHABAK | YULIYA | LEONIDIVNA | KIRICHENKO | A - 217001525 |
| 16 | MARCIO | MAURICIO | CHIRINOS RAMOS | MARCIO | | RAMOS | A - 063259579 |
| 17 | ANA | GUADALUPE | IBES RODRIGUEZ | ANA | | IBES RODRIGUEZ VALOY | A - 065883591 |
| 18 | YURY | | HRABOUSKI | YURY | | GRABOVSKY | A - 212892720 |
| 19 | CHERUBIN | PILA AN | NADUN-OP | CHERUBIN | NADUN OP | STEPP | A - 212964788 |
| 20 | MARIAM | GHEBREHIWET | TEWELDE | MARY | GHEBREHIWET | TEWELDE | A - 066698891 |
| 21 | LILIIA | PETROVNA | BELOKOBYLKA | LILY | PETROVNA | BELOKOBYLKA | A - 062169903 |
| 22 | CONSUELO | GUADALUPE | SILVA JIMENEZ | CONNIE | GUADALUPE | JIMENEZ SILVA | A - 011371911 |
| 23 | OLEG | VASILYEVICH | TRUFAKIN | OLEG | | POKLONOV | A - 064606923 |
| 24 | CINTIA | PAMELA | ANDINO DE TEMPLE | PAMELA | | RAMOS | A - 207281972 |

ORDERED this 6th day of February 2023 at Greenville, South Carolina.

*Henry M. Herlong, Jr.* (signature)

Henry M. Herlong, Jr.
Senior United States District Judge