# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | ALEKSANDRA | MYKOLAIVN | VERBITSKA | ALEXANDRA | S | VERBITSKY | A-045033001 |
| 2 | OLVIN | CRISTOBAL | ROQUE MENDOZA | OLVIN | | ROQUE | A-207956076 |
| 3 | IVONNE | EUNICE | CASCO DE LANGE | IVONNE | EUNICE | LANGE RIVERA | A-063993081 |
| 4 | MENG JU | | LIN | MACKENZIE | LIN | LEVIN | A-207702097 |
| 5 | RAGHAVAN | | AMMAYAPPA PILLAI | RAGHAVAN | | PILLAI | A-201256121 |
| 6 | VALENTIN | NMN | KRULIKOVSKYY | VAL | | ROSS | A-056178184 |
| 7 | FAIZI | KANUNGA | EUSTACHE | GENTIL | | EUSTACHE | A-212823215 |
| 8 | TONY | | GEORGE KIZHAKETHOTTAM | TONY | | GEORGE | A-066854239 |
| 9 | NALLEPILLI | LAKSHMANAN | LAKSHMI | LAKSHMI | L | KARTHIKEYAN | A-203185254 |
| 10 | ELENA | ALEKSANDROVNA | SOLNTSEVA | ELLEN | | SOLNTSEVA | A-065216257 |
| 11 | EVGENII | | SOLNTSEV | EUGENE | | SOLNTSEV | A-065216258 |
| 12 | DIANA | PATRICIA | LOAIZA LOPEZ | DIANA | | LOAIZA | A-065818276 |
| 13 | SEYED MORTEZA | | SABET | MORTEZA | MARK | SABET | A-209111301 |
| 14 | OLEH | IVANOVYCH | LAHODYUK | OLEH | | LAHODYUK | A-094742379 |
| 15 | NADIYA | PETRIVNA | LAHODYUK | NADIYA | | LAHODYUK | A-094742380 |
| 16 | CARMEN | ISAMAR | DIAZ | ISA | | RIVERA | A-206927445 |
| 17 | ALEXANDRA | NOHEMY | ERROA PANIAGUA | ALEX | | ERROA | A-201254465 |
| 18 | NIRALIBEN | CHINTAL | PATEL | NIRALI | CHINTAL | PATEL | A-066015481 |
| 19 | HUI | | ZHANG | REBECCA | ZHANG | HODGES | A-059223531 |
| 20 | SNEZANA | | GUDINIENE | EVA | | KOMSKIS | A-214926570 |
| 21 | ROSEY | CHINYERE | KEVIN | ROSEY | CHINYERE | KEVIN-RAYMOND | A-074630580 |
| 22 | UDO | ANDRE CONSTANCIO | VARGAS | ANDRE | UDO | ESPIRITU | A-204567592 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | FRENNIE LYN | T | VILLANO ONEAL | FRENNIE LYN | | ONEAL | A-219106697 |
| 24 | MAYRA | AYELEN | GOROSITO | MAYRA | | JAMROG | A-066971780 |
| 25 | CRISTINA | | RODRIGUEZ | CRISTINA | | PANTOJA GUZMAN | A-074288793 |
| 26 | PIEDAD | JAEL | VELEZ LOPEZ | PIEDAD | JAEL | VELEZ RUIZ | A-200510870 |
| 27 | KHAMLA | | SAYAVONG | VICTORIA | KHAMLA | LEDFORD | A-070303883 |
| 28 | ROCIO | | ALTAMIRANO | ROCIO | | ROMERO CHAVEZ | A-077617972 |
| 29 | KEHINDE | ADEOLA | AGUDA | KEHINDE | ADEOLA | OLAGUNJU | A-065901972 |

ORDERED this 25th day of April 2023 at Spartanburg, South Carolina.

_____
Donald C. Coggins, Jr.
United States District Judge