# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| # | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | KALPANABEN | MITESHKUMAR | PATEL | KIRTI | MITESH | PATEL | A-065999019 |
| 2 | URVIBEN | VIJAYBHAI | PATEL | URVI | SIDHDHARTH | PATEL | A-065999034 |
| 3 | LATHA JANET | | NO NAME GIVEN | LATHA JANET | | SAMSON | A-088260078 |
| 4 | CHOON HWE | | HWANG | JOSEPH | | HWANG | A-065824112 |
| 5 | SANTOS | JOSSUE | MURILLO PONCE | JOSHUA | | MURILLO PONCE | A-064816112 |
| 6 | IRANG | IM | GUERRERO | HAILEY | IRANG IM | GUERRERO | A-208955115 |
| 7 | THI NGOC BICH | | BUI | JENNY | | BUI | A-065789126 |
| 8 | ELIADES | MANUEL | RODRIGUEZ | ELIADES | MANUEL | CRAIG | A-074022143 |
| 9 | KOMAL | | AWAN | KOMAL | | ASHAR | A-064396166 |
| 10 | PHONE | MYAT | KO | PONE | MYAT KO | THEIN | A-200641183 |
| 11 | THOA KIM | THI | NGUYEN | TINA | KIM | NGUYEN | A-204969209 |
| 12 | PRADIPBHAI | MOHANBHAI | PATEL | PRADIP | | PATEL | A-065386228 |
| 13 | PHUC | HONG | NGUYEN | PHILLIP | | NGUYEN | A-065674228 |
| 14 | ROY | ENRIQUE | ARROYO SANDI | ROY | ENRIQUE | SANDI | A-075366231 |

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 15 | DARYA | | USTINOVICH | SASHA | | DARLING | A-071244245 |
| 16 | THANH | NGOC | VU | TERESA | THANH | VU | A-065511257 |
| 17 | TATSIANA | | RYMASHEUSKAYA JOHNSON | TATSIANA | | JOHNSON | A-210151272 |
| 18 | ANH | THI NGOC | DANG | JENNIFER | DANG | LE | A-205035275 |
| 19 | NEELAMBARI | RAGHVENDRA | PALSHIKAR | NEELAMBARI | | PALSHIKAR | A-088695288 |
| 20 | SANDRA | MARISA | RAUERT | ALEXSANDRA | MARISSA | RAUERT | A-203296290 |
| 21 | ISHIA | SOPHIA BRITNEY | ORR | ISHIA | SOPHIA | ORR THOMAS | A-062268290 |
| 22 | ZHIXIN | | CHENG | EMILY | GRACE | GREEN | A-089383295 |
| 23 | IRMA | VASILYEVNA | MERLET | IRMA | VICTORIA | MERLET | A-203417297 |
| 24 | MOURAD | ABOL QUASAM | ABOU ZAMAZEM | MOURAD | A | ZAMAZEM | A-207178315 |
| 25 | LINGXUAN | | LAI | LINGXUAN | LAI | DARDEN | A-058394316 |
| 26 | ANA | MARIA | VENTURA CABALLERO | LUNA | | VENTURA | A-094790330 |
| 27 | PHILIP LIA | | SI | PHILIP | | LIASI | A-212813335 |
| 28 | ELIZABETH | | BARRIENTOS GOMEZ | ELIZABETH | BARRIENTOS | MORRISON | A-207999336 |
| 29 | ALPESHKUMAR | KANTIBHAI | PATEL | ALPESH | KANTIBHAI | PATEL | A-064706343 |
| 30 | NGOC DUNG | THI | DANG | RUBY | | DANG | A-044232371 |
| 31 | JULIEANNE CELESTE | CLAUSTRO | PASCUA | JULIEANNE | CELESTE | HANNON | A-075801382 |
| 32 | UDO | OBINNA A | JACK WEZE | UDO | OBINNA | WAYAS | A-077900384 |
| 33 | ANNIE | MARIE FRANCE | ST ONGE | ANNIE | FRANCE | BANE | A-058364384 |
| 34 | TRUDY | MARIE | BEDWORD | PRISCA | KAI-MARIE | GAYLE | A-089438385 |
| 35 | BEATRIZ | DIAS | CARDOSO | BEATRIZ | DIAS | BENNETT | A-093440390 |

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 36 | LALIMA | GAGAN | AHUJA | LALIMA | KATYAYANI | MADAN | A-207694400 |
| 37 | MEHABEN | SHRUJAL | PATEL | MEHA | SHRUJAL | PATEL | A-064324413 |
| 38 | EUN | SOOK | CHO | EUNSOOK | CHO | JI | A-078587459 |
| 39 | NIRUPA | RAGHU | MINASANDRAM | NIRUPA | AMBIL | MINASANDRAM | A-088615476 |
| 40 | ANA | MARGARITA | GOODE | ANA | MARGARITA | SANDOVAL | A-095065490 |
| 41 | BHUMIKABEN | GHANSHYAMBHAI | PATEL | BHUMIKABEN | CHETAK | PATEL | A-064324500 |
| 42 | NOEL | | JIMENEZ LOPEZ | BRANDON | NOEL | JIMENEZ LOPEZ | A-205218518 |
| 43 | MOSES | | C | MOSES | | CHIN | A-212063582 |
| 44 | BEVERLY | LEANNE | GARCIA REYES | BEVERLY | LEANNE | GARCIA JAMES | A-204811608 |
| 45 | VIJAY GNANAOLIVU SAMSON | | NO NAME GIVEN | VIJAY | GNANAOLIVU | SAMSON | A-089185640 |
| 46 | LUCIANA | | SALES MONTEZUMA | LUCIANA | MONTEZUMA | RADLOFF | A-206980647 |
| 47 | NITHYA | DEVI | DICOCCO | NITHYA | DEVI | PRAMEKUMAR | A-200352660 |
| 48 | IRINA | VLADIMIROVNA | BELOGLAZOVA | IRINA | | BELOGLAZOVA | A-065397667 |
| 49 | DIPIKABEN | HEMANTKUMAR | PATEL | DIPIKA | | PATEL | A-057464679 |
| 50 | FEMINA | RAKESHBHAI | PATEL | FEMINA | ROSHAN | PATEL | A-065471679 |
| 51 | ELEFTHERIA | | KAMBANIS | ELEFTHERIA | | NEL | A-065220688 |
| 52 | GNINLBIGAYO | BEATRICE | HLYH GNELBIN EPSE SORO | BEATRICE | GNINLBIGAYO | HLYH GNELBIN SORO | A-063783733 |
| 53 | CHUNG CHAI JORDAN | | CHAU | JORDAN | CHUNG CHAI | CHAU | A-067212760 |
| 54 | KHONEVILAI | | XAYADETH | JIMMY | | XAYADETH | A-025064769 |
| 55 | MENZAN | ROSALIE | KOUAME EPSE BAMBA | ROSALIE | MENZAN | KOUAME | A-065204789 |
| 56 | ENRIQUE | | CLAVERIE MARTINEZ | ENRIQUE | | CLAVERIE | A-214260804 |

|    | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|----|-------|--------|----------------|-------|--------|----------|-------------|
|    | First | Middle | Last           | First | Middle | Last     |             |
| 57 | NAKISA |       | ABDOLLAHBEIGI  | NAKISA |       | BEIGI    | A-065998814 |
| 58 | STEFANO |      | DURSO          | STEFANO |      | DURSO RIOS | A-055684831 |
| 59 | ARACELY |      | SALAS DIAZ     | ARACELY |      | SANTOS   | A-214306861 |
| 60 | DEVYANI | JAIMINKUMAR | PATEL    | DEVYANI | JAIMIN | PATEL   | A-065538892 |
| 61 | SARINA |       | LOMELI         | SARINA |       | MELENDEZ | A-207211893 |
| 62 | INA    |       | VDOVII         | INA    |       | SPINU    | A-065218901 |
| 63 | DARPANKUMAR | MITESHBHAI | PATEL | DARPAN | M      | PATEL    | A-064890911 |
| 64 | EUCIMAR |      | RODRIGUES RAPOSO | EUCIMAR |     | RAPOSO   | A-203119915 |
| 65 | RUSHANA |      | NASIMOVA       | ASLI   | COLAK  | RAVSHAN  | A-212739917 |
| 66 | SUMAN |        | NASIMOVA       | YASEMIN | ARSLAN | RAVSHAN | A-212739921 |
| 67 | CHENG | HSUAN  | TENG           | JENSEN |       | TENG     | A-076480976 |
| 68 | RENEE ARMELLE NANC | | KADJO MAMI  | RENEE ARMELLE | KADJO MAMI NANCE | MBIANDA | A-065190982 |

ORDERED this 27th day of June 2023 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge