# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | URVI | MALAYKUMAR | PATEL | URVI | MALAY | PATEL | A-066274056 |
| 2 | HIND | ABD ALNASER | MRESH | HIND | | KOBASH | A-066736089 |
| 3 | YURII | | CHUDNOVSKYI | GEORGE | | CHUDNOVSKI | A-065708117 |
| 4 | FNU | | SONALI PRIYADARSHINI | SONALI | | PRIYADARSHINI | A-207774143 |
| 5 | BRAHIAN | ALEJANDRO | CHICA | BRIAN | ALEJANDRO | BEDOYA | A-203105185 |
| 6 | LIUBOVI | VENIAMINOVNA | ZUBCENCO | LUBA | V | ZUBCENCO | A-094609212 |
| 7 | JAYESHBHAI | MANUBHAI | PATEL | JAYESH | | PATEL | A-077701220 |
| 8 | GHASE | | AIFUWA | NOGHEGHASE | DAISY | ORAGUNYE | A-061391256 |
| 9 | MARGARITA | VERONICA | GARCIA CASTANO | VERONICA | | GARCIA CASTANO | A-057942286 |
| 10 | MARIA | DEL CORAL | SOLIS LOPEZ | CORAL | | SOLIS | A-207994367 |
| 11 | JURII | | KURUS | YURIY | | KURUS | A-214457440 |
| 12 | ERIK | YAEL | ABUNDIS DE LEON | ERIK | YAEL | BUENDIA ABUNDIS | A-088372451 |
| 13 | PHAM | THI | DUONG | TAMMY | THI | DUONG | A-065915462 |
| 14 | CHI | TAN | DANG | DAVID | | DANG | A-065915508 |
| 15 | KETTY | KARELLE | AHUI ESPE MANDJI | KATE | | CARRELL | A-063689556 |
| 16 | CHARLES | DUVAN | CRUZ | CHARLES | DUVAN | CRUZ MATARANGOLO | A-207595567 |
| 17 | KARINA | ROCHA | RYALS | KARINA | | ROCHA-GABBARD | A-214457575 |
| 18 | ADILENE | LIZBETH | TORRES QUINTANA | ADELINE | LIZBETH | TORRES | A-087238607 |
| 19 | MY | THI TRA | PETERSON | AMY | | NGUYEN | A-214391628 |
| 20 | MARIIA | ALEKSANDROVNA | DUSHKEVICH | MARIA | | WLEKLINSKI | A-219046723 |
| 21 | MARIA | ELENA | ORTEGA MORA | ELENA | ORTEGA | PLONK | A-200915756 |
| 22 | DEYSY | NOEMY | MORADEL SALGADO DE VASQUEZ | DEYSY | NOEMY | MORADEL VASQUEZ | A-094858803 |

|    | Name of Petitioner | | | Name Changed To | | | |
|----|------------|-------------|----------------|----------|----------|-------------|-------------|
|    | First      | Middle      | Last           | First    | Middle   | Last        | A Number    |
| 23 | JUAN PABLO |             | MARTINEZ MUNOZ | PABLO    |          | MARTINEZ    | A-207984852 |
| 24 | VOLODYMYR  | PETROVICH   | ONUFRIYCHUK    | VOLODYMYR|          | ONUFRIYCHUK | A-079970877 |
| 25 | FABIOLA    |             | CAMACHO ORTEGA | FABIOLA  | CAMACHO  | PINCKNEY    | A-205619906 |
| 26 | MARIWAN    | AHMED AZEEZ | AL JAMMOOR     | MARIWAN  |          | ALJAMMOOR   | A-208794932 |
| 27 | BOHDANA    | OLEHIVNA    | ZAHORULKO      | BOHDANA  | SOPHIA   | MATTHEWS    | A-215608946 |
| 28 | SUMITRABEN |             | JASHUBHAI PATEL| SUMITRA  | JASHUBHAI| PATEL       | A-060603955 |
| 29 | OLEG       |             | IAREMENKO      | DAVID    |          | ANDERSON    | A-064218967 |
| 30 | ERSNT      |             | FIEFIE         | ERNST    | FREDERICK| FIEFIE      | A-219370971 |

ORDERED this 18th day of July 2023 at Spartanburg, South Carolina.

_Donald C. Coggins, Jr._
Donald C. Coggins, Jr.
United States District Judge