UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | GAYAN SENADEERA | | ATHAUDA ACHCHILLAGE | GAYAN | SENADEERA | ATHAUDA | A-064230008 |
| 2 | JORGE | ALBERTO | DE LA ROSA AGUILAR | JORGE | ALBERTO | DE LA ROSA | A-206491103 |
| 3 | VANNAK | | SOUS | LAURA | SOUS | LEY | A-209779122 |
| 4 | YE JUNG | | KANG | KELSEY | YE JUNG | KANG | A-206397140 |
| 5 | GYOSEI | | NAGANO | XIAOJING | FAN | NATATCHEZ | A-206948190 |
| 6 | HESTER | MARIA CHRISTINA | VAN ZYL | CHRISTA | | VAN Z JL | A-077244193 |
| 7 | DANILA | ILICH | KHMELNITSKIY | DANIEL | ILICH | KHMELNITSKIY | A-094540201 |
| 8 | SOKCHEA | | STERLING | SOPHIA | | STERLING | A-209786244 |
| 9 | CAMILO ANDRES | | SALAMANCA MELGUIZO | CAMILO | ANDRES | SALAMANCA | A-061791244 |
| 10 | KRISHAN KUMAR | | LNU | KRISHAN | | KUMAR | A-065746287 |
| 11 | IRMA | ANDREA | WARREN | ANDREA | E | WARREN | A-047939325 |
| 12 | PARESHKUMAR | | PATEL | KUNAL | | PATEL | A-066265376 |
| 13 | JUDITH | CAROLINA | DISLA ZAPATA | JUDITH | CAROLINA | ZAPATA | A-064782390 |
| 14 | OLHA | VYACHESLAVIVNA | TULAYEV | OLHA | | TULAYEV | A-201307458 |
| 15 | CHARISSA | ADEM | FOSTER | EMERALD | DANIEL | ADEM | A-200263471 |
| 16 | ISHAVARBHAI | BHAGWANDAS | PATEL | ISHWAR | | PATEL | A-089066478 |
| 17 | JAE MIN | | LEE | JAEMIN | | LEE | A-207571489 |
| 18 | DARIA | | HORBUNOVA | DASHA | | KOVALCHUK | A-217165529 |
| 19 | ROSA | MARIA | CRUZ DE DILLON | ROSA | MARIA | DILLON | A-214405545 |
| 20 | SAHIL JAYESHKUMAR | | PATEL | SAHIL | JAYESHKUMAR | PATEL | A-064932549 |
| 21 | YOSELIN DANIELA | | GALEAS NICOLAS | YOSELIN DANIELA | | NICOLAS | A-065343676 |
| 22 | DHRUVIKABEN | DHWANISH | PATEL | DHRUVIKA | | PATEL | A-064824723 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | DELMA | RELINA | ROSALES DE GUILLEN | DELMA | | ROSALES GUILLEN | A-214129726 |
| 24 | JHAN | SEBASTIAN | ZULUAGA | SEBASTIAN | | ZULUAGA | A-207269739 |
| 25 | POOJA | KARTIK | JOSHI | POOJA | MALAV | PATEL | A-219119758 |
| 26 | CHRISTIAN | TE | LIAN | CHRISTIAN | TE | LYAN | A-212587774 |
| 27 | ALINA | VOLODYMYRIVNA | OPATSKA | ALINA | VELLA | LUZANOV | A-212006777 |
| 28 | VERONICA | DE FATIMA RODRIGUES | ROMCY | VERONICA | | ROMCY | A-207515807 |
| 29 | NGUN | THA | LEN | VENUS | PARCHIN | LYAN | A-212812909 |
| 30 | SANDRA | VIVIANA | CAMACHO | VIVIANA | | HENAO | A-076139979 |

ORDERED this 18th day of October 2023 at Spartanburg, South Carolina.

_____
Donald C. Coggins, Jr.
United States District Judge