# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | KHAIRULLAH | RASHEED | AHMED | KHAIRULLAH | RASHEED | SINDY | A-066452025 |
| 2 | THI LE | HUYEN | NGUYEN | AMBER | | NGUYEN | A-066327027 |
| 3 | JOCELYN | PATRICK | MANDAZOU | PATRICK | JOCELYN | MANDAZOU | A-027211189 |
| 4 | MOHAMED | FATHY ABDELHAMID AZAB | SABET | MOHAMED | FATHY | MALEK | A-066691262 |
| 5 | DAVID | FELIPE | MARIN VALLEJO | DAVID | FELIPE | LAWSON | A-214863293 |
| 6 | MANSIBEN | RAJENDRABHAI | PATEL | MANSI | B | PATEL | A-067429257 |
| 7 | YESSICA | | CEPERO LOPEZ | YESSICA | | RODRIGUEZ | A-216112399 |
| 8 | RAJATHURAI | | KAYATHARSHINI | KAYATHARSHINI | | KARUNATHAS | A-214268424 |
| 9 | MELISSA | ALEXANDRA | ALFARO GARCIA | MELISSA | | ALFARO | A-219430545 |
| 10 | TUDCHAPHAN | | CHODCHOIY | TUDCHAPHAN | TESS | CHODCHOIY | A-219532571 |
| 11 | DMYTRO | | USOV | DMITRY | | USOV | A-212267607 |
| 12 | MAI THI NGOC | | TRINH | MAI | THI NGOC | TRINH | A-067372642 |
| 13 | ANDRO | VAZHAYEVICH | GLOVELI | ANDRO | | GLOVELI | A-065712738 |
| 14 | HASAM | ALI | ADIANI | HASAM ALI | HASAN ALI | ADTANI | A-089187788 |
| 15 | CESAR | FERNANDO | ZEPEDA LOPEZ | CESAR | F | LOPEZ | A-214879798 |
| 16 | ASHABEN | KETAN | PATEL | ASHABEN | HITESHKUMAR | PATEL | A-057943799 |
| 17 | FNU | | AYESHA | AYESHA | | HAIDER | A-214606820 |
| 18 | ANDREA | ARGENTINA | DE JESUS | ANDREA | LEDUC | DE JESUS | A-074766975 |

ORDERED this 16th day of May 2024 at Columbia, South Carolina.

*May 16, 2024*

Joseph F. Anderson, Jr.
Senior United States District Judge