# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for

naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | OLGA | | TIHOMIROVA | OLGA | | MCDANIEL | A-211473005 |
| 2 | YUWATHIDA | P | KHIN | YUWATHIDA | SKYLAR | PAWANTHA | A-204601020 |
| 3 | MA OFELIA TRICIA | FERANIL | ESTARIS | MARIA OFELIA | ESTARIS | HIERS | A-219503022 |
| 4 | MANIJA | | VAHOBOVA | MANIZHA | | VAHOBOVA | A-059485030 |
| 5 | YAJAIRA RAQUEL | | GUTIERREZ SALAS | YAJAIRA | RAQUEL | CHULIA | A-055064044 |
| 6 | ANNIKA | | MELANSON | ANNIKA | MELANSON | GILMORE | A-057004045 |
| 7 | HADIJAH | OTANAH | SHEPARD | SHEEFAH | KANYERE | SHEPARD | A-201039078 |
| 8 | MATILDE | | MORA DE BARRAGAN | MATILDE | | MORA BARRAGAN | A-098327085 |
| 9 | GRECIA | RENHARLLINS MARTHA | DUARTE SANCHEZ | GRECIA | | DUARTE SANCHEZ | A-065995117 |
| 10 | SANG | HIN | DIN | SAM | HIN | DIN | A-047943123 |
| 11 | MARIA | DE LOS ANGELES | DE LOS SANTOS AGUILAR | MARIA | | DE LOS SANTOS | A-066411162 |
| 12 | FATIMA | | ABARTIKH | FATIMA | ABARTIKH | SORRELL | A-065712174 |
| 13 | VRUDDHIBEN | ARCHIT | PATEL | VIDHI | ARCHIT | PATEL | A-067405182 |
| 14 | MARIAH | | NGUYEN | MARIA | | NGUYEN | A-028300183 |
| 15 | STANLEY | EKOW | PANFORD | PRINCE | PANFORD | ROTHSCHILD | A-045463194 |

| No. | | | | | | | A-Number |
|---|---|---|---|---|---|---|---|
| 16 | IRIS EYVETTE | CAYANAN | ELAYDA | IRIS EYVETTE | UY | ELAYDA | A-208726203 |
| 17 | SHELINA | SIDONEY | SALMON | SHELINA | SIDONEY | SALMON-WILLIAMS | A-206394235 |
| 18 | VANITABEN | | PATEL | VANITA | | PATEL | A-062363236 |
| 19 | ANA | EMILIA | RAMONES DE PINEDA | ANA | EMILIA | RAMONES PINO | A-214849265 |
| 20 | BORA | | MUTUPEKE | ZAWADI | DEBORAH | WABENGA | A-217060279 |
| 21 | FAITH | MWELU | KYALO | FAITH | MWELU | DANIEL | A-066740289 |
| 22 | NELFRAN | JUNTILLA | MARTIN | NELFRAN | ELIANA | MARTIN | A-206126295 |
| 23 | THI THUY TRAM | | LE | ANNIE | TRAM | LE | A-067087310 |
| 24 | BITIA | | VENEGAS | BITIA | | SANCHEZ | A-025430323 |
| 25 | MERYLINE | | ANJUM | MARILYN | | ANJUM | A-066076326 |
| 26 | EMERALD-ANN | ELETHA | HARPER | EMERALD-ANN | ELETHA | DENNIS | A-205185345 |
| 27 | JAYKUMAR | RAJENDRABHAI | PATEL | JAY | | PATEL | A-214330345 |
| 28 | EH | | PAW | EH KU THOO | | PAW | A-212392346 |
| 29 | LYUDMILA | FEDOROVNA | KAMBUR | MEELA | | PANAITI | A-071131371 |
| 30 | ANGELICA | | GONZALEZ | ANGELICA | | MEDINA | A-204169371 |
| 31 | WAN SOOK | | HONG | GRACE | | JANG | A-089640374 |
| 32 | MARIA | | ESENKULOVA | MARIA | | CARTER ESENKULOVA | A-066393377 |
| 33 | STEPHANIE | GEORGIA | MCKINLEY | STEPHANIE | GEORGIA-MCKINLEY | MILANO | A-219065384 |
| 34 | YEN | NGOC | TRAN | JENNY | | TRAN | A-066115414 |
| 35 | TIDARAT | | YAMEOBSILP | TIDARAT | YAMEOBSILP | AMPAMAS | A-214609434 |
| 36 | THAO | THI THU | TRUONG | HANNAH | | TRUONG | A-062387470 |
| 37 | HANH | KIM | DOAN | KIM | | DOAN | A-066000480 |
| 38 | MARIE DANIELLE | LINNEA | BACKSTROM | MARIE | DANIELLE LINNEA | BACKSTROM | A-066155487 |

| # | | | | | | | A-Number |
|---|---|---|---|---|---|---|---|
| 39 | JIHAD | | EL MASRI | | JAY | EL MASRI | A-057673488 |
| 40 | TRANAWAT | | PRATHANTHOTSAPORN | TOMMY | TOM | JOHANSON | A-214011497 |
| 41 | QUYNH | CHAU | NGUYEN | DORCAS | | NGUYEN | A-066006501 |
| 42 | THI | THANH TU | HUYNH | SAIIMON | L | HUYNH | A-066465528 |
| 43 | LAN | UYEN | DIEC | LILY | | DIEC | A-072079535 |
| 44 | WENDY | | BAGUOH | WENDY | BAGUOH | BENI | A-066180572 |
| 45 | MAGALY | YOKASTA | PUJOLS | MAGALY | | PUJOLS | A-214984579 |
| 46 | MARIA | DA PENHA | CASTRO | CLARA | | VILLETE | A-096655584 |
| 47 | RICARDO | FRANCISCO | MENDIOLA | RICHARD | FRANK | MENDIOLA | A-076137587 |
| 48 | ALIAKSANDRA | | SKAKOUSKAYA | ALIAKSANDRA | SEREBRO | SKAKOUSKI | A-207704599 |
| 49 | YVONNE | LAWINIA | HAID | LAVINIA | YVONNE | HAID | A-206934624 |
| 50 | MARIA | LUISA DA SILVA | LEMOS MEADOWS | MARIA LUISA | DA SILVA LEMOS | MEADOWS | A-219180633 |
| 51 | GUSTAVO | ISRAEL | GONZALES MURILLO | GUSTAVO | GODDARD | GONZALES | A-204207639 |
| 52 | SHIVANI | NACHIKETA | PATEL | SHIVANI | MIHIRKUMAR | PATEL | A-064891650 |
| 53 | WEI | | TIAN | JESSICA | | HAN | A-208314658 |
| 54 | LOAN | KIM | TANG | KIM | LOAN | TANG | A-065017666 |
| 55 | NADIRE | | MALAJ | NEDA | | XHUKELLARI | A-215925667 |
| 56 | HONG | | ZHU | HONG | ZHU | SCHUMANN | A-219284682 |
| 57 | JANE | FAHID | HADWEH | ALYSSA | HIBA | SEABROOK | A-066081705 |
| 58 | WASSIM | FAHID HANNA | HADWEH | JACOB | | HADWEH | A-066081706 |
| 59 | CLAUDIA LOUISE CELESTINE | ENVERGA | LUA | CLEON LOUISE CELESTINE | ENVERGA | LUA | A-065529791 |
| 60 | JOOSOO | | SON | JOOSOO | SON | KIM | A-214507833 |
| 61 | CAROLINA | | PABA | CAROLINA | | RICHARDSON | A-205862835 |

| No. | | | | | | | A-Number |
|---|---|---|---|---|---|---|---|
| 62 | GOPI | | GANGADARAN | GOPIKRISSHNA | | GANGAADARAN | A-208040852 |
| 63 | LENUTA | LILIANA | RAILEANU | LILIANA | LENUTA | COMAN | A-216355864 |
| 64 | KIRANA | | VIRATTANAKORN | KIRANA | | CELORIO | A-214527865 |
| 65 | ROLITA | ROXAS | JACKSON | ROLITA | OREHUELA | JACKSON | A-208466870 |
| 66 | ANTONETTE | MUNDA | TAMONDONG | ANTONETTE | TAMONDONG | VEVERICA | A-208825871 |
| 67 | AMPHAN | | KERBY | AMPHANA | JOY | KERBY | A-018802906 |
| 68 | VUONG THANH THI | | NGUYEN | KAYLIN | VUONG THI | NGUYEN | A-066046918 |
| 69 | TIAGO | | STANFIELD CARLOTTO | TIAGO | STANFIELD | CARLOTTO | A-214302919 |
| 70 | DINH | HANH | MAC | STEVEN | | MAC | A-066484928 |
| 71 | VIRA | | ZAVADSKA | VERA | | ZAVADSKI | A-063538935 |
| 72 | LEONID | | ZAVADSKYY | LEONID | | ZAVADSKI | A-063538936 |
| 73 | GERALDINE | ABANCE | ACOP | GERALDINE | ABANCE | ROBLES | A-064336937 |
| 74 | JEANINE | LOUISE | CHRISTIAN-LA TOUCHE | JEANINE | LOUISE | CHRISTIAN | A-209485944 |
| 75 | ANYELI | | NOVA TEJEDA | ANYELI | | SANTNA | A-056035968 |
| 76 | BHANNATEE | ALICE | MANGAN | ALICE | B | MANGAN | A-064746976 |
| 77 | JOVITA | NONEZ | MAGSINO | JOVITA | MAGSINO | SUIZA | A-063594982 |

ORDERED this 26th day of June 2024 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge