## United States District Court
## District of South Carolina

### Order Granting Petitions for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| GIVEN NAME | | | NAMED CHANGED TO | | | |
| --- | --- | --- | --- | --- | --- | --- |
| First | Middle | Last | First | Middle | Last | A-Number |
| NATASHA | MAHESHKUMAR | PATEL | NATASHA | | PATEL | A-072910017 |
| GOPAL | KRISHNA | BAGAVATULA | GOPAL | KRISHNA | BHAGAVATULA | A-204011039 |
| YUSMAN | JESUS | HERRERA COELLO | ISRAEL | JESUS | HERRERA COELLO | A-088046076 |
| ROBERT | WILLIAM | MELVILLE | DEIRDRE | | LAVEY | A-089125080 |
| NADREEN | MOHAMMED ALI HASSAN | MOHAMMED ALI | NADREEN | | PRIMAS | A-066191103 |
| MARK | SASCHA | BUZIAK | MARK | | MILLER | A-216468114 |
| SIVIA | GRISELDA | BRISO | SIVIA | GRISELDA | ORELLANA MALDONADO | A-045300137 |
| MAGALY | | DUARTE VOGUEL | MAGALY | | VOGUEL | A-207473161 |
| KSENIIA | IGOREVNA | SOKOLOVA | KSENIA | | SOKOLOVA | A-212892180 |
| MINH | TRI | NGUYEN | MIKE | | NGUYEN | A-066858232 |
| CEEJAY | MIGUEL | AMOR | CHRISTIAN JOHN | AMOR | MERCADO | A-065247258 |
| CHUN-YEN | | HSU | NICOLAS | CHUN-YEN | HSU | A-215785324 |
| MICHELLE ALEXIS | MOTOS | RECON | MICHELLE ALEXIS | RECON | CORDERO | A-060007332 |
| LAN | THI PHUONG | CAO | LAN | PHUONG | CAO | A-060546340 |
| DHRUVINA | SAMIR | PATEL | DHRUVINA | | PATEL | A-066866384 |
| PIERRE ENRIQUE | TALAG | OLIVEROS | PIERRE | TALAG | OLIVEROS | A-216150427 |
| SEMRA | | KELLECI | SEMRA | ELEANOR | KELLECI | A-214787458 |
| QINGHAN | | ZHENG | QINGHAN | LEXI | ZHENG | A-063727458 |
| MAGDA | SAAD KHALIL | EFFAT | MAGDA | SAAD | EFFAT | A-066741467 |
| KRISTHAYARPUTH | | JARERNSASIWONG | CHRYS | | VESSWOOD | A-066385536 |
| OLGA | VIKTOROVNA | PETUNIN | OLGA | | PETUNIN | A-206530604 |
| KAMONCHANOK | | SUKKRAJANG | JURIO | | SUKKRAJANG | A-064357645 |
| GAYATRI KALLAPPA | | AKKI | GAYATRI | | APPALAGHE | A-207394655 |
| SEBASTIAN | FELIPE | REINOSO CALDERON | SEBASTIAN | | CALDERON | A-066754675 |
| BHAVINKUMAR | BHANUBHAI | PATEL | BHAVEN | B | PATEL | A-087312780 |

| GIVEN NAME | | | NAME CHANGED TO | | | |
|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | FIRST | MIDDLE | LAST | A-NUMBER |
| HAHB | | BAEK | LILY | | FAULKNER | A-057363782 |
| MARIA MAGNOLIA MAERK | MAGLALANG | OLIVEROS | MAGNOLIA | MAGLALANG | OLIVEROS | A-214874830 |
| EMELY | | LUGO PAREDES | EMELY | PAREDES | ABREU | A-209206832 |
| ANTONIO PEDRO | SANTANNA | DE ALMEIDA | PEDRO | | ZANINI | A-207326853 |
| MING HAN | | YEOH | MINGHAN | | YEOH | A-097105888 |

ORDERED this 27th day of August 2024 at Spartanburg, South Carolina.

Donald C. Coggins, Jr.
United States District Judge