# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | OLENA | | DAVYDCHENKO | ELENA | | PETRUSHOVA | A-219330008 |
| 2 | RODRIGO | | HADDAD DE SOUSA | RODRIGO | DAVID BARUCH | HADDAD DE SOUSA | A-207034040 |
| 3 | SHIRLEY | | WATT | SHIRLEY | | WATT MORRIS | A-066495055 |
| 4 | PAUL | WIREDU | ANDERSON | PAUL | YAW | WIREDU-ANDERSON | A-043640056 |
| 5 | KRISTAL | GUADALUPE | HERNANDEZ-LOPEZ | KRISTAL | HERNANDEZ | ROURK | A-204505069 |
| 6 | SAN JUANA | DEL ROCIO | ALVAREZ GARCIA | ROCIO | | ALVAREZ GARCIA | A-214860080 |
| 7 | OLHA | | MAY | OLGA | | MAY | A-201624105 |
| 8 | LUCIMY | | SOSA PADILLA | LUCIMY | | RIVERO | A-097174105 |
| 9 | HOIKWANG | | KIM | HUGH | HOIKWANG | KIM | A-216158112 |
| 10 | EUNKYUNG | | SHON | ANNE | EUNKYUNG | SHON | A-216158113 |
| 11 | SABRINA | LEIGH | ROBINEAU-SEITZ | SABRINA | LEIGH | SEITZ | A-215918168 |
| 12 | ROXANA | ITZELL | BONILLA CRUZ DE NELSON | ROXANA | ITZELL | BONILLA NELSON | A-064014176 |
| 13 | VERRONIQUE | | BIEN AIME SANON | VERRONIQUE | | SANON | A-062723217 |
| 14 | ERICA | ISHEBA | O'GARRO | ERICA | ISHEBA | MENZIES | A-214155232 |
| 15 | RITESHIBEN | RAKESHCHANDRA | PATEL | RITESHI | RAKESHCHANDRA | PATEL | A-066351251 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 16 | DAO | THI XUAN | NGUYEN | RUBY | THI XUAN | MURRAY | A-201976266 |
| 17 | KHIEM | HOANG MINH | NGO | KHIEM | MINH HOANG | NGO | A-066340289 |
| 18 | EVA | L | ELROD | EVA | LUCA | ELROD | A-027709342 |
| 19 | ADA | MARIA | MEJIA NUNEZ | ADA | MARIA | MEJIA MEISSNER | A-215511345 |
| 20 | RAQUEL | MARIA | RAMIREZ-CASTRO | RAQUEL | MARIA | RUIZ | A-058164346 |
| 21 | YURANI | ANDREA | LEGRAND | ANDREA |  | LEGRAND | A-207175364 |
| 22 | VAN SON |  | NGUYEN | ALEX |  | NGUYEN | A-214814403 |
| 23 | LADY LEE | BALDUEZA | DE LA CRUZ | LADY LEE | BALDUEZA | DE LA CRUZ | A-208077409 |
| 24 | NGUYEN | TRONG DUY | TRAN | WILLIAM | DUY | LE | A-065533478 |
| 25 | NGOC HA ANH |  | NGUYEN | ALINA |  | NGUYEN | A-067380480 |
| 26 | AHYOUNG |  | KIM PETTEY | AHYOUNG | KIM | PETTEY | A-210128494 |
| 27 | ALEXANDRU |  | BOSTAN | ALEX |  | BOSTAN | A-214816516 |
| 28 | JEYFREM | JOSE | AHUMADA DE LA CRUZ | JAY |  | ANGELINA | A-061912530 |
| 29 | JOSE |  | GARCIA SOLIS | JOSE |  | GARCIA | A-091049544 |
| 30 | EMA |  | RODRIGUEZ VEGA | EMA |  | CABALLERO RODRIGUEZ | A-060035577 |
| 31 | JESSICA | GUADALUPE | MACOSAY MACOSAY | JESSICA | GUADALUPE | BELLAICHE MACOSAY | A-207576599 |
| 32 | SALOUA |  | WANNA | SALWA |  | KABBA | A-216016599 |
| 33 | EKATERINA |  | LOGINOVA | KATYA |  | SHOVER | A-219536602 |
| 34 | AVIA | MORRAINE | WALKER | AVIA |  | WALKER-JOHNSON | A-214143620 |
| 35 | ELISABETH | ROSE MARIE | ROCHEL | ELISABETH | ROSE MARIE | ROCHEL-RADEL | A-219177629 |
| 36 | MAHIMA | MANOHAR | WANKHADE | MAHIMA | WESLEY | PORCH | A-208476640 |
| 37 | MARITZA |  | PEREZ DE RICHARDSON | MARITZA |  | VALERIO | A-044644663 |
| 38 | RAMTIN |  | MOHAMMADIZAND | RAMTIN |  | ZAND | A-216409686 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | DIAN | LISAYANI | POLITO | ALAIA | | RELIA | A-056136695 |
| 40 | LINDA | | KELEMEN | LINDA | ELIZABETH | KELEMEN | A-216161750 |
| 41 | JUERGEN | SIEGFRIED | GARDNER | JURGEN | SIEGFRIED | GARDNER | A-219154785 |
| 42 | JAMSHID | | KARIMOV | JAMSHOD | | KARIMOV | A-063789802 |
| 43 | ESHA | BHAVINKUMAR | PATEL | ESHA | NILAM | PATEL | A-066836840 |
| 44 | WAY | LU | KYAW | ZAR | KYAW | FRIDAY | A-212083844 |
| 45 | CECILIA | PAGADUAN | BAGANO | CECILIA | BAGANO | LOCKE | A-055683849 |
| 46 | CHIEN WEN | | CHEN | CHIENWEN | ANNA | CHEN | A-214680865 |
| 47 | KERALKUMARI | MAHESHBHAI | PATEL | KERAL | JAY | PATEL | A-066555873 |
| 48 | TRANG | THI THU | NGUYEN | TRANG | NGUYEN | OLSEN | A-219183876 |
| 49 | RUSHAN | | LI | ROSANNE | | LI | A-214264897 |
| 50 | ADITI | ASHOKKUMAR | DHARIA | ADITI | DAKSHESH | SONI | A-067345923 |
| 51 | MICHELE | | CESA E SILVA MOSER | MICHELE | CESA | MOSER | A-066827974 |
| 52 | TEJALBEN | NISHIL | PATEL | TEJAL | DHA VAL | PATEL | A-065003993 |

ORDERED this 17th day of September 2024 at Charleston, South Carolina.

Richard M. Gergel
United States District Judge