UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | MARIA | DEL ROSARIO | CALLES SOLIS | MARIA | ROSARIO | WILSON | A-099444022 |
| 2 | CHARLY | FRANCISCO | FERNANDEZ PEREZ | CHARLY | | FERNANDEZ PEREZ | A-055119027 |
| 3 | ALIAKSEI | | SHUTKOU | ALEXEY | | SHUTKOV | A-065743046 |
| 4 | TATSIANA | IHARAUNA | SHUTKOVA | TATSIANA | | SHUTKOVA | A-065743047 |
| 5 | OLEKSANDR | SERGEYEVICH | LUKOMSKYI | ALEX | | LUKOMSKYI | A-208498088 |
| 6 | TUGBA | | QUIGLEY | TUGBA | | OZCAN | A-216011100 |
| 7 | KATSIARYNA | | YEUDAKIMENKA | KATSIARYNA | | MIRRA | A-203213141 |
| 8 | MEGHA | DEEP | PATEL | MEGHA | | PATEL | A-066925151 |
| 9 | RINKUBEN | PRATIK | PATEL | RINKU | HARSHIL | PATEL | A-066775170 |
| 10 | IRYNA | ROMANIVNA | MAKAR | IRYNA | | KARAUSH | A-217222205 |
| 11 | KANTABAHEN | BECHARDAS | PATEL | KANTA | | PATEL | A-205899291 |
| 12 | ANAS | MOHAMMED | KHALIL | JORDAN | MOHAMMED | KHALIL | A-219141352 |
| 13 | HIRALBEN | ASHOKBHAI | PATEL | HIRAL | | PATEL | A-230166360 |
| 14 | LESLIE | PATRICIA | MEJIA MARTINEZ | LESLIE | PATRICIA | MEJIA DE GALARZA | A-067473365 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | AURA | ESTELA ALTAGRACIA | RAMOS CASTILLO | AURA | ESTELA | RAMOS CASTILLO | A-214078383 |
| 16 | ANGIE | LISETTE | FARFAN | ANGIE | | FARFAN | A-219254389 |
| 17 | MARLIN | JOHANA | RIVERA ROMERO | MARLIN | JOHANA | CABALLERO-RIVERA | A-062474447 |
| 18 | KARINA | YADIRA BANCINI DE | ESPINOSA | KARINA | YADIRA | BANCINI | A-061342462 |
| 19 | CANMING | | JIANG | CANDICE | CANMING | JIANG | A-219516545 |
| 20 | CHIN | CHING | SHIPLEY | JENNY | | SHIPLEY | A-213178548 |
| 21 | LARYSA | | AZAROVA | LARISA | | AZAROVA | A-212316585 |
| 22 | ADRIANA | RAQUEL | MONTESINOS | ADRIANA | RAQUEL | MONTESINOS GONZALEZ | A-087019587 |
| 23 | MONTON | | POONSAMRAN | NORTH | | VESSWOOD | A-214742645 |
| 24 | JENS | HELMUT | ZSCHOCHE | JENS | WOLF | ZSCHOCHE | A-210232771 |
| 25 | ALANA | MONICA | JULES | ALANA | MONICA | JENSEN | A-205441807 |
| 26 | HAPPINESS | AMAUCHECHUKWU | AGBARA | HAPPINESS | AMAUCHECHUKWU | IMO | A-219455837 |
| 27 | MABEL | OCTAVIA | ALMANZAR DE SANTIAGO | MABEL | | ALMANZAR | A-065884907 |
| 28 | KHIN | NI NI | HAN | NANDAR | AYE | MON | A-058038970 |
| 29 | HERMES | FAUSTINO | ALVARADO CHINCHILLA | HERMES | | ALVARADO CHINCHILLA | A-094288977 |

ORDERED this 25th day of October 2024 at Columbia, South Carolina.

_Sherri A. Lydon_
Sherri A. Lydon
United States District Judge