UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| | Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | |
| 1 | ILLIA | PAVLOVYCH | PUKHALSKYI | ILLIA | | PUKHALSKYI | A-097061040 |
| 2 | JANINE | TEROGA | MONTECINO | JANINE | MONTECINO | HEIL | A-067436154 |
| 3 | GANNA | SERGEYEVNA | PUKHALSKYI | GANNA | | PUKHALSKYI | A-094740211 |
| 4 | VINCENZO | LUBRANO | ILLIANO | VINCENZO | | LUBRANO LAVADERA | A-077032244 |
| 5 | PRACHIBEN | TARANG | PATEL | PRACHI | TARANG | PATEL | A-067246280 |
| 6 | MAXIM | | BUTENCO | MAXIM | | BUTSENKO | A-094602321 |
| 7 | MIGUEL | ANGEL | HENAO SALAZAR | MIGUEL | | HENAO | A-064528336 |
| 8 | SILVIA | ROSARIO | CORTEZ | SILVIA | | HERRERA-CORTEZ | A-207579359 |
| 9 | DENIS | | BUTENCO | DENIS | | BUTSENKO | A-079970364 |
| 10 | OLEG | VALENTINOVICH | PROTSYUK | OLEG | | PROTSYUK | A-071149365 |
| 11 | HEYSELL | MARIA | RAMIREZ VALVERDE | HAZELL | | DE TOURNIEL | A-219476392 |
| 12 | AUDELIA | | MOLINA MANZANARES DE GONZALEZ | AUDELIA | | MOLINA | A-047830424 |
| 13 | ALIAKSEI | ALIAKSANDRAVICH | SHATUN | ALEXEY | | SHATUN | A-066601436 |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | YULIYA | LEANIDAUNA | SHATUN | YULIA | | SHATUN | A-066601437 |
| 15 | OLANIKE | MODINAT | EKUNDAYO | OLANIKE | MODINAT | EKUNDAYO KOCH | A-219261445 |
| 16 | KRISTCHADAPUN | | JARERNSASIWONG | TINAS | | PEPPER | A-066385535 |
| 17 | ISABEL | MARIA | LLANES RAMIREZ | ISABEL | | TIZON | A-087792592 |
| 18 | PRIYALBEN | UJASH | PATEL | PRIYAL | UJASH | PATEL | A-067385618 |
| 19 | THI | BICH DIEM | NGUYEN | AMY | | NGUYEN | A-066978635 |
| 20 | THI | BICH DUYEN | NGUYEN | ANNA | DUYEN | NGUYEN | A-066978637 |
| 21 | HUY | HUU | NGUYEN | BRANDON | HUU | NGUYEN | A-066978642 |
| 22 | GLORIA | IRAIDA | PESANTEZ DURAN | GLORIA | | PESANTEZ | A-099050669 |
| 23 | IAL | CUNG | MANG | THIBOIH | LALCUNG | MANG | A-212806769 |
| 24 | OLEKSANDR | PETROVYCH | GRAMATYK | OLEKSANDR | | GRAMATYK | A-212315809 |
| 25 | IRYNA | MYKOLAIVNA | KUBAI | IRYNA | | KUBAI | A-217083830 |
| 26 | EARL | DAMIEN | SINGH | DAMIEN | EARL | SINGH | A-046204887 |
| 27 | FERNANDA | | SILVA LOPES | FERNANDA | | MEDINA LOPES | A-207894904 |
| 28 | THAO | THI THANH | TRAN | THAO | TRAN | DOMINY | A-216460959 |

ORDERED this 14th day of January, 2024 Spartanburg, South Carolina.

_____
Donald C. Coggins, Jr.
United States District Judge