UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| NO | | TOUCH | LEDA | | TOUCH | A-027753011 |
| JAMIE | OMAR | VERA MIELES | JAMIE | OMAR | VERA | A-200216092 |
| BELLA | KARLA | LUCENA LOZANO | BELLA | KARLA | BRYANT LUCENA | A-209113111 |
| THI | YEN NHI | TRAN | NHI | | TRAN | A-064799150 |
| NHUNG | THI HONG | LE | LE | | LE | A-207749230 |
| PHUONG | H | NGUYEN | ALICE | | NGUYEN | A-214654283 |
| MICHELLE | | RODRIGUEZ SALINAS BELL | MICHELLE | | RODRIGUEZ | A-087982287 |
| LINDA | RUTH | EUTSLER | LINDA | RUTH | ALLAN | A-024673304 |
| ELHAM | SADEQ H | RAMEZANI | SOPHIA | NAZLI | RAMEZANI | A-217083308 |
| VIKTORIIA | BABINSKA | SHOEMAKER | VIKTORIA | BABINSKA | SHOEMAKER | A-213056320 |
| ANALEIDE | D | GALLARDO SUIRA DE ENGLISH | ANNIE | | ENGLISH | A-219334343 |
| LIUBOV | GENNADYEVNA | ZHERNAKOVA | LIUBOV | GENNADYEVNA | FEHL | A-066745343 |
| YESSICA | YAZMINE | SANTIAGO HUERTA | YESSICA | YAZMIN | SANTIAGO CRESPO | A-062419400 |

| | | | | | |
|---|---|---|---|---|---|
| LE | THI MY | LE | LINA | LE | A-064825416 |
| SUSMITKUMAR | CHANDRAKANTBHAI | PATEL | SUSMIT | CHANGRAKANTBHAI | PATEL | A-219056435 |
| ANH | THI VAN | HOANG | KATE | VAN HOANG | PETERSON | A-214193460 |
| LILIANA | HORTENCIA | NUNEZ | LILIANA | H | ROMERO | A-074913474 |
| FLINTOFF | | PRASSAD | FLINTOFF | GATSBY | PRASSAD | A-202026595 |
| IULIAN | ALEXANDRU | MARINA | IULIAN | ALEXANDER | MARINA | A-216412613 |
| NHUNG | HONG | COTLER | PRUDENCE | HONG NHUNG | COTLER | A-219439684 |
| JOSE | HUGO | BELLO MEJIA | JOSE | HUGO | BELLO | A-204361744 |
| JENNY | JEZABEL | VILLANUEVA ALALUNA | JENN | | ALALUNA | A-214198744 |
| | | | | | | |
| CARMEN | LUZ | DUNESKE | CARMEN | LUZ | RONDON | A-214845773 |
| ABIOLA | NICOLA | WREN | ABIOLA | WREN | WILSON | A-072480793 |
| SHRUTIBAHEN | SUSMITKUMAR | PATEL | SHRUTI | SUSMIT | PATEL | A-219055794 |
| SUSAN | MAY | GORDON-ROBERTSON | SUSAN | MAY | GORDON | A-214237821 |
| NARESH | KUMAR | GUNDETI | NARESH | KUMAR REDDY | GUNDETI | A-209109849 |
| KIM OANH | THI | BUI | OANH | KIM | BUI | A-076755863 |
| DJAMILA | KELLY | SAKAIROUN | DJAMILA | KELLY | MANDZA SAKAIROUN | A-209976909 |
| CUNG | | TE | JMIK | | THANG | A-212609973 |

ORDERED this 19th day of February, 2025 Charleston, South Carolina.

Richard M. Gergel
United States District Judge