**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| ANDRE | | OSHIRO HAYASHIDA | ANDRE | OSHIRO | HAYASHIDA | A-215961024 |
| LEILA | | TIMOCHUKI DE PAULA HAYASHIDA | LEILA | TIMOCHUKI | HAYASHIDA | A-215961025 |
| TRUONG VU | | NGUYEN | VINCENT | VU | NGUYEN | A-066917028 |
| MARIA | GUADALUPE | AGREDANO GONZALEZ | MARIA | GUADALUPE | GARCIA AGREDANO | A-063526089 |
| CHUAN CHENG | | CHUANG | CHUAN CHENG | CHASE | CHUANG | A-214766100 |
| ALEIDYS | | BRITO MEDRANODE VALENZUELA | ALEIDYS | | BRITO | A-065045168 |
| SHANHONG | | LI | EUNICE | | LI | A-219596185 |
| PAIGE-ASHLEIGH | ROYANNE EMERALD | PRESSLEY | PAIGE-ASHLEIGH | EMERALD | PRESSLEY | A-214562228 |
| LAVETTE | ASTRID MARTINE | SPANN | KISHA | LAVETTE MARTINE | SPANN | A-207081246 |
| CONCEICAO | APARECIDA | RODRIGUEZ NUNES CORDEIRO | CICI | CONCEICAO | CORDEIRO | A-066322295 |
| SUZANNE | RACHELLE | STANDIFER | SUZANNE | RACHELLE | WALLACE | A-075335299 |
| DINEO | CHUCKNEY | LEKHANYA | DINEO | | STANLEY | A-066494307 |
| GLORIA | ELISEX | REYES | GLORIA | GUERRERO | REYES | A-074674326 |
| CELSA | LORENA | ALVARENGA GARCIA | CELSA | L | ALVARENGA | A-094829352 |

| | | | | |
|---|---|---|---|---|
| TANJA | KELLERMAN | HELLIER | TANJA | KELLERMANN | A-214197427 |
| OLIVER | A | ABREU SANTOS | OLIVER | ABREU SANTOS | A-207230430 |
| VASTY | DUFIE | YEBOAH | VASTY | OBENG-DARKO | A-214757448 |
| TERESA | DE JESUS | MALDONADO-JIMINEZ | TERESA | SERRANO | A-094300509 |
| TRUC PHUONG | THI | HO | TINA | HO | A-219119531 |
| SIMONE | GOMES | GUIMARAES | SIMONE | MEMBRILA | A-067509593 |
| MAJIENOIR | ARCHICO | TORRES | MAJIENOIR | GROH | A-062855611 |
| CANDY | ABIGAIL | ALARCON YUMICEVA | CANDY | GARDNER | A-214392650 |
| GLADYS | PAULINA | FREIRE MATA | PAULINA | FREIRE MATA | A-067477717 |
| LUIS | ALBERTO | GUARDADO CANTU | LOUIS | CANTU | A-219558740 |
| ANKITABEN | AMITKUMAR | PATEL | ANKITA | PATEL | A-065471747 |
| AISANA | | MUKAN | AISANA | ASEMGUUL | A-06622765 |
| KHANH | THI KIEU | TRAN | KAYLN | NGUYEN | A-219402779 |
| MARIA | D | DIAZ | MARIA | DIAZ | A-041847810 |
| ANDRESSA | LOPES ROVEDA | DE SOUZA | ANDRESSA | SOUZA | A-214637867 |
| DAVID | ADAIR | CABRAL CAMPOS | DAVID | CABRAL | A-201370908 |

ORDERED this 19th day of February, 2025 Charleston, South Carolina.

Richard M. Gergel
United States District Judge