**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| JOSE | MANUEL | GONZALEZ BRAVO | MANUEL | | GONZALEZ BRAVO | A-061810028 |
| THI HONG DIEM | | LE | DIEM | | LE | A-066367095 |
| LESLYE | KARLINA | MEDINA PROANO | LESLYE | | MEDINA | A-063950154 |
| MARINA | | DE ALBUQUERQUE LIMA DE OLIVEIRA | MARINA | OLIVEIRA | KASER | A-204389201 |
| ANZHELA | PAVLOVNA | SEMKINA | ANZHELA | | KONYREV | A-094613303 |
| ALEX | JOSUE | DERAS CASTRO | ALEX | D | CASTRO | A-206708417 |
| ANA | FRANCINA | SCHOLL | ANA | FRANCINA | MORA-SCHOLL | A-219822430 |
| RAFAELINA | | SANTOS DE JIMENEZ | RAFAELINA | | SANTOS ABREU | A-064173431 |
| LEYLA | | DUNMORE | LEYLA | | MAAKOURI | A-072038440 |
| SONALBEN | NAVNITBHAI | PATEL | SONAL | | PATEL | A-066321464 |
| YELENA | IVANOVNA | BENTSIY | YELENA | | STOLYARCHUK | A-071404467 |
| ANA | ELISA | ZUNIGA | ANA | | GARCIA-ZUNIGA | A-204151492 |
| MARIET | GEORGE | KIZHAKKEKARA | MARIET | AJAI | MATHEW | A-060597571 |
| VOLHA | IGOREVNA | KUDZINOVICH | OLGA | | KUDINOVICH | A-088534652 |

| | | | | | |
|---|---|---|---|---|---|
| BHAVINKUMAR | KAUSHIKKUMAR | PARERH | BHAVIN | KAUSHIK | PAREKH | A-219794674 |
| CAMILA | LIMA | E SILVA | CAMILA | LIMA | SILVA | A-214375695 |
| DEBORAH | ANN | LEROUX | DEBORAH | ANN | JOHNSON | A-074993728 |
| OXANA | YEVGENYEVNA | KHAYLOVA | OXANA | | PAVLAS | A-216248751 |
| ANDREY | VENIAMINOVICH | BORISENKO | ANDRE | BENJAMIN | BORISENKO | A-71247788 |
| ROMEL | BAQUIRO | TAGAPULOT | MEL | | BRIGGS | A-209927808 |
| NURAL SALAH BIN | | MOHAMMAD KANDU | NURAL | SALIM | KANDU | A-212728410 |
| THANYARAT | | KANJANATECHATHUM | BELLE | MARIA AYA | SALINAS | A-20159680 |
| JINGYI | | ZHANG | JINGYI | ZHANG | PALUCH | A-201625893 |
| KESHA | GHANSHYAMBHAI | PATEL | KESHA | BHAGYESH | PATEL | A-065543922 |
| AJAI | | SKARIA | AJAI | SKARIA | MATHEW | A-065003944 |
| FANNY | | PASCUAS FERNANDEZ | STEPHANIE | | PASUCAS | A-079660950 |
| SARA | MISHELL | ANZOATEGUI DIAZ | SARA | ANZOATEGUI | MUNOZ | A-066915960 |
| MAIRA | SALOME | CUERVO ORTIZ | MAIRA | SALOME | ORTIZ BARKSDALE | A-214553970 |
| IRINA | VALERIEVNA | SHELKOVNIKOVA | IRINA | | RAY | A-230443994 |
| ANA | JIMENA MARIBEL | JUAN MANUEL | ANA | JIMENA | MANUEL | A-202060998 |

ORDERED this 25th day of March, 2025 Spartanburg, South Carolina.

Donald C. Coggins
United States District Judge