UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| PAYAL | BHAUMITKUMAR | PATEL | PAYAL | BHAUMIT | PATEL | A-066274058 |
| MARIA | DE LA LUZ | SANCHEZ DE OLVERA | MARIA | DE LA LUZ | SANCHEZ OROZCO | A-046626074 |
| YELENA | ANDREEVNA | KUZALOV | YELENA | | KUZALOV | A-079169083 |
| AWEDEOU | | PISSO | AWEDEOU | JONAS | PISSO | A-066622129 |
| MANSIBEN | CHIRAGKUMAR | PATEL | MANSI | CHIRAG | PATEL | A-067401184 |
| SHARY | CATERINE | BARRERO BRITO | SHARY | CATERINE | BARRERO ZARTA | A-214950227 |
| ANA | ELISA | SPEAKMAN | ANA | ELISA | WANZEK SPEAKMAN | A-087164339 |
| NHAN | THI | TRAN | ASHLEY | TR | CARLSON | A-096570345 |
| LORENA | | ARREDONDO | LORENA | | ARREDONDO LEON | A-096385383 |
| HECTOR | ARON | LESLEY | AARON | | LESLEY | A-219747400 |
| PETR | PAVLOVICH | TSYMBALYUK | PETER | | TSYMBALYUK | A-071092434 |
| DWI LINDA | | BRANT | LINDA | | BRANT | A-214478473 |
| YEYINON | EUPHRASIE | SOUROU | LALA | | MABLE | A-219598477 |
| DIVYA | DIPESH | PATEL | DIVYA | | PATEL | A-067377488 |

Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| ISABELA | | PENARANDA HENAO | ISABELA | | DURAN HENAO | A-207291528 |
| MEYDI | DESSIRE | HERRERA CALIX | MEYDI | DESSIRE | HENSLER | A-204320595 |
| YESTERA | | HAVRYLESKU | ESTERA | | GAVRILESKU | A-064304750 |
| HAYDEE | AMALIA DEL CARMEN | RIOS CALLE DE MANN | HAYDEE | AMALIA | MANN | A-065685759 |
| MARIA | DE LOURDES | AVITIA | MARIA | LOURDES | MORALES | A-205227784 |
| NATALIA | GENNADYEVNA | CHAPINA | NATALIA | GRENNADYEVNA | ROSSOLOVA | A-201383784 |
| AYAT | MUSTAFA SAMIH | AL BITAR | AYAT | MUSTAFA | FARHAN | A-06678211 |
| GRACE MATONDO | | DISOLOKELE | GRACE | MATONDO | DISOLOKELE | A-066456847 |
| NELSON | JOSE | PILARTE ZALDIVAR | NELSON | | PILARTE | A-214979859 |
| YOLANDA | VANESSA | CAMPUSANO CASTILLO | YOLANDA | CAMPUSANO | PILARTE | A-214979860 |
| MARIANA | | MADRAZO | MARIANA | MADRAZO | BROWN | A-096894863 |
| DOROTHY | NDAH | MUKORO ESPE NJI | DOROTHY | NDAH | NJI | A-214771868 |
| RODRIGO | | ACIRON POCAS ALMEIDA PAZZINI | RODRIGO | | PAZZINI | A-214701874 |
| RENATA YOSHIE | | RUGGIERO TAKACURA | RENATA | | TAKACURA | A-214701875 |
| AVELI | | SAVCA | ABEL | | SAVCA | A-094742902 |

ORDERED this 29th day of April, 2025 Greenville, South Carolina.

Marvin A. Quattlebaum, Jr.
United States Circuit Judge sitting by designation as a District Judge