UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| MARCELA | | CANTU GARZA | MARCELA | | GUARDIOLA | A-214370054 |
| RUSTAM | | IBRAHIMZADE | RUSSELL | | STERLING | A-066603056 |
| MARIA | GUADALUPE | CASTREJON | GUADALUPE | | CASTREJON | A-010736057 |
| EFRAIN | DA SILVA | NUNES FAUST | EFRAIN | | NUNES | A-214981105 |
| VINICIUS | | KIEFER SOARES | VINICIUS | ALEXANDER | KIEFER | A-231386105 |
| SI MINH | | NGUYEN | MIKE | MINH | NGUYEN | A-067478115 |
| OLGA | MARIA | BECKER | OLGA | MARIA | HANELT | A-087170117 |
| AI | | THANG | THLA AWI | | KHENGLAWT | A-217033131 |
| SANDAR | | WIN | AISHA | SANDAR | WIN | A-066614138 |
| | | SHAMUZZAMAN | SHAMSUZZAMAN | | ZAMAN | A-098397146 |
| EDUAR | NOE | MURILLO OSEGUERA | EDUARD | NOE | MURILLO | A-20444156 |
| PHUONG | THI | MAI | MELISSA | PHUONG | MAI | A-025181192 |
| SUNITHA | | SAVILLA | SUNITHA | | SAVILI KARNATI | A-087354193 |
| SEUNGHUI | | YI | SUNNY | SEUNGHUI | WILLIAMS | A-061211214 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YAN | | LIN | YAN | LIN | PAVONE | A-063805217 |
| ERIKA | MARIELA | DUQUE CAMACHO | ERIKA | | DUQUE | A-219260221 |
| LARRIE | | NDAFOKA | LARRIE | | SMOCK | A-057004227 |
| INGRID | | CARAZO QUESADA | INGRID | | WYCHE | A-219454287 |
| GAUHAR | | FATIMA | GAUHAR | FATIMA | JADOON | A-063498294 |
| DANIEL | | DANTAS NASCIMENTO DOS SANTOS | DANIEL | | DANTAS | A-066322309 |
| LEONILA | CARMENT | BENITEZ REYES | LEONILA | CARMENT | BENITEZ REYES | A-074631328 |
| RADIANT | VALERIO | DATOON | RADIANT | DATOON | AGBU | A-219043335 |
| SAID | NICHOLAS | JOSEPH | SA'ID | NICHOLAS | FERRIER | A-046033336 |
| SANDRA | ISABEL | MENA DE BACALLAO | SANDRA | ISABEL | BACALLAO | A-043562341 |
| ABOLFAZL | | MOLLALO | ABE | | MOLLALO | A-215635342 |
| ALEXANDRA | | ECKARDT-SCOTT | ALEXANDRA | ECKARDT | SCOTT | A-055264368 |
| STEVEN | DAVID SCOTT | TURNBULL | WILLOW | | SCHWARTZ | A-207421369 |
| AMANDA | | NAHAL DA ROCHA | AMANDA | NAHAL | SUMMER | A-219868379 |
| CRISLEIDY | | TAVERAS SANCHEZ DE FRAZIER | CRISLEIDY | | FRAZIER | A-066747411 |
| KATHY LYNN | | WHITE MERRILL | KATHY | LYNN | WHITE | A-079068421 |
| SADAF | | TALAEEMASHHADI | DENISE | | TALA | A-214913443 |
| HUYNH | HOANG KHANG | LE | KHANG | | LE | A-065621436 |
| PHILLIP | DAMIAN | BACANAU | PHILLIP | DAMIAN | SIMION | A-062567444 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EKOGIAWE JOY | | AGBONLAHOR | EKOGIAWE JOY | | OSAGIE | A-213060483 |
| HIMANI | | SAINI | HIMANI | | PAWAR | A-219117486 |
| FLAVIO | | CHAVEZ LOPEZ | FLAVIO | CHAVEZ | LOPEZ | A-097189492 |
| ALICIA | | QUINTO OCAMPIO | ALICIA | QUINTO | OCAMPO | A-097189493 |
| KIMBERLY | VICTORIA | JORDAN | KIMBERLY | VICTORIA | JORDAN-SULLIVAN | A-037462503 |
| CLAUDIA | ANDREA | MOREIRA MULVANEY | CLAUDIA | ANDREA | MOREIRA CORDOVA | A-204389508 |
| EBANREB | | DAVID | EBANREB | DAVID | DIMARIA | A-219536521 |
| IULIIA | ALEKSANDROVNA | SMUROVA | JULIA | | TYSON | A-066608530 |
| NUBIA | STELLA | ACOSTA DE ARCE | NUBIA | STELLA | ACOSTA | A-087011530 |
| TAISON | DZHERARD | SMUROV | TYSON | | TYSON | A-066608531 |
| JEAN MARI | FLAVIANO | POCHEK | JEAN MARI | CLAMAR | POCHEK | A-208733605 |
| ABHISHEK BALKISHAN SINGH | | KAIN | ABHISHEK | | SINGH | A-219700609 |
| HIRALBAHEN | RAMESHABHAI | PATEL | HIRAL | RIGALKUMAR | PATEL | A-062618618 |
| ANH | THI VAN | NGO | ANH | VAN | NGO | A-067560653 |
| EVAN BH | BAWI | THIANG | EVAN | BAWI | THIANG | A-212618669 |
| JAYKUMAR | BHAVESHKUMAR | PATEL | JAY | BHAVESHKUMAR | PATEL | A-065066678 |
| KATARZYNA | | LESNIAK STARON | KATARZYNA | | LESNIAK | A-201081765 |
| JUANA | B | PEREZ ALVARADO | VAKERUA | | PEREZ | A-094469771 |
| DOROTHY | | PRIMUS | DOROTHY | | CASTLE | A-074248830 |
| LUISA | ALTAGRACIA | COLON | LAURA | | PAULINO | A-097218837 |

| NILBERTO | LIMA | DE SOUZA | NILBERTO | | SOUZO | A-216064851 |
|---|---|---|---|---|---|---|
| RONNIE | DANNY | SHILLINGFORD | DANNY | RONIE | SHILLINGFORD | A-075397864 |
| NANCY | | VAZQUEZ GALVEZ | NANCY | | VASQUEZ-BARFIELD | A-063333879 |
| JAIMINIBEN | MAHESHBHAI | PATEL | JAIMINI | | PATEL | A-214895884 |
| LUCIANO | ALINO | VANZUELA | KHY | | VANZUELA | A-209185914 |
| TRUC | VUONG THANH | NGUYEN | CHLOE | VUONG TRUC | NGUYEN | A-066046917 |
| BAHAR | IBO | MOUBARACK | MUBARAK | IBO | BAHAR | A-066227921 |
| LORENA | JANETH | RODRIGUEZ BARRIOS DE FOLGAR | LORENA | JANETH | FOLGAR | A-070210947 |
| ARSENIO | UY | ORTEGA | BORGE | UY | ORTEGA | A-212971981 |
| FRANCISCA | | MARTINEZ DE VAZQUEZ | FRANCISCA | | MARTINEZ | A-044333990 |

ORDERED this 1st day of July, 2025 Spartanburg, South Carolina.

Richard M. Gergel
United States District Judge