UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| MICHAEL | | BRUXMEIER | MICHAEL | LORENZ | ROESCH | A-206952122 |
| LIDIVINE | | AZANKIA TEMGOUA | LIDIVINE | | AZANKIA TEMGOUA EPSE LEUTOU | A-219151200 |
| ROSA | ESTRADA | GILSTRAP | ROSA | ESTRADA ARANDA | GILSTRAP | A-219480227 |
| PHUONG NGHI | | NGUYEN | NGHI | PHUONG | NGUYEN | A-066442262 |
| LUISA | FERNANDA | BEDOYA | LUISA | F | ARIAS | A-214409269 |
| LIUJULAN | | DE LA CRUZ BRETON | LIUJULAN | | DE LA CRUZ | A-064338300 |
| EMILIO | | GUARCAS DE LEON | EMILIANO | | GUARCAS DE LEON | A-214513314 |
| ELENA | | BUTENCO | ELENA | | BUTSENKO | A-094602320 |
| TAMILA | NIKOLAYEVNA | PUKHAREVA | TAMILA | | PUKHAREV | A-079183336 |
| OLHA | VITALYEVNA | HULKO | OLGA | | HULKO | A-094612344 |
| NAISHALKUMAR MANHARBHAI | | PATEL | NAISHAL | MANHARBHAI | PATEL | A-067288389 |
| CLARIES | GEORGE | KIZHAKKEKARA | CLARIES | KEVIN | THANA | A-055616414 |
| EDUARD | MIKHAYLOVICH | MARKO | EDWARD | MICHAEL | MARKO | A-076051483 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MARIA | DEL ROSARIO | ROJAS CASTRO | MARIA | ROSARIO | NAVA | A-219008496 |
| ROBERTO | HECTOR EUGENIO | NAVA TRAVERSO | ROBERTO | | NAVA | A-219008497 |
| LUCIANA | CATTETE | QUEVEDO | LUCIANA | | SAMANIEGO | A-065632519 |
| AMITKUMAR | JAYANTIBHAI | PATEL | AMIT | JAYANTIBHAI | PATEL | A-059363544 |
| JUAN | VIDAL | GARCIA MOTA | JUAN | | GARCIA | A-219235562 |
| YESSIKA | ELIZABETH | ROMERO AMAYA | YESSIKA | ELIZABETH | ESPINAL | A-209420564 |
| JUAN ANTONIO | | MALAGON LINARES | JUAN | ANTONIO | MALAGON LINARES | A-066966572 |
| GREGORIA | | DE REINA | GREGORIA | | RODRIGUEZ CASTELEIRO | A-079664653 |
| RUOHAN | | DAI | RUO | | HAN | A-206537668 |
| RUSBEL | PAUL | LLANQUECHA HUAMANI | PAUL | | LLANQUECHA | A-067163751 |
| FNU | | SATISH KUMAR | SATISH | | KUMAR | A-062491792 |
| OLENA | LEONIDOVNA | MYRONETS | OLENA | | TSURKAN | A-094738825 |
| MARIA | GIRLESA | CATANO VALLE ZAPATA | MARIA | GIRLESA | CATANO | A-29315845 |
| VLADIMIR | VASILYEVICH | SHIMANSKIY | VLADIMIR | | SHIMANSKIY | A-071117870 |
| GALINA | SAVVICHNA | SHIMANSKAYA | GALINA | | SHIMANSKIY | A-07117871 |
| OLEKSANDR | ALEKSANDROVICH | KOCHARIAN | ALEKSANDR | | KOCHARIAN | A-097064884 |
| ANGEL | SEBASTIAN | ARIAS CHAUTA | SEBASTIAN | | ARIAS CHAUTA | A-219604923 |
| DZIANIS | IGOREVICH | KIPARYN | DENNIS | | KIPARYN | A-063407936 |

ORDERED this 31st day of July, 2025 Spartanburg, South Carolina.

Donald C. Coggins
United States District Judge