UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| MAYLA CAROLINE | DE OLIVEIRA | JENKINSON | MAYLA | CAROLINE | JENKINSON | A-216200005 |
| TARABEN | M | PATEL | TARA | | PATEL | A-072910015 |
| NEHALBEN | DEEP | PATEL | NEHAL | DEEP | PATEL | A-067844017 |
| ANEELA | | EMANUEL | ANEELA | | DAHL | A-063949103 |
| JILLIAN | MAE | TANOJA | JILLIAN | MAE | MCALEER | A-064156133 |
| CHRISHANN | OSSIRIS | CACERES | CHRISHANN | OSSIRIS | ROSALES | A-207288134 |
| ARELIS | DEL CARMEN | AGUILERA DE LORA | ARELIS | | LORA | A-062904161 |
| JAINY | VINODKUMAR | PATEL | JAINY | PRITESH | PATEL | A-219838173 |
| RUDRIBEN | BHARGAVBHAI | MEHTA | RUDRIBEN | SAURABHKUMAR | RAVAL | A-067429181 |
| VLADIMIR | VASIL YEVICH | PROKOPCHUK | VLADIMIR | | PROKOPCHUK | A-079178184 |
| ALA | YEVGENYEVNA | SHAUCHENKA | ALA | | SHAUCHENKA | A-064751188 |
| RONAN | SILOS | DACIAN | JAX | SILOS | SANCHEZ | A-098576207 |
| NADEJDA | VENIAMINOVNA | ZUBCENCO | NADIA | V | DOBRYDEN | A-094609211 |
| VRUNDABEN | MUKESHKUMAR | PATEL | VRUNDA | MUKESHKUMAR | PATEL | A-067018327 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VIRAJKUMAR | RAJESHBHAI | PATEL | VIRAJ | | PATEL | A-067149333 |
| CLARA | | CABRERA | CLARA | | SANTANA MOCTEZUMA | A-207598347 |
| RITIKA | KETANKUMAR | PATEL | RITIKA | K | PATEL | A-064892353 |
| GRICELA | M | MORENO | GISELA | MARIBEL | MORENO | A-095106376 |
| ROSELAINE | HAHN | OGREN | ROSE | ELAINE HAHN | OGREN | A-201801426 |
| PUJA | HIMMATBHAI | MANGUKIYA | PUJA | RITVIJ | SATODIYA | A-219484427 |
| ABDELHAKIM | | M CHAAR | ABDELHAKIM | | MCHAAR | A-216480591 |
| ALMA | LUCIA | MILLARES HERNANDEZ | ALMA | LUCIA | VERA | A-204664664 |
| ELENA | ALEXEEVNA | TSEONA | ELAINE | HADASSA | TSEONA | A-070259685 |
| ANNA | | WALTER MOROZOV | ANNA | | MOROZOV | A-075010732 |
| LILIANA | E | GUZMAN YRI DE FOWLER | LILIANA | ELIZABETH | FOWLER | A-219921817 |
| ZAMIRA | | TOIGANBAYEVA | ZAMIRA | | ZAFAR | A-067043904 |
| DANYIL | SERHIYOVYCH | BARKOV | DANIEL | | BARKOV | A-212315925 |
| EVIS | ORIANA | MOYER SUAREZ | ORIANA | | CLARK SUAREZ | A-219223948 |
| EMUNGU | GABRIELLA | KASONGO | GABRIELLA EMUNGU | | KASONGO | A-095578961 |
| HAYDEH | | SALEHJOU | HAYDEH | SALEHJOU | CROOKS | A-208671969 |

ORDERED this 26th day of August, 2025 Spartanburg, South Carolina.

_____
Donald C. Coggins
United States District Judge