UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| SANDRA | | MEDINA DE LEON | SANDRA | | MEDINA | A-075178005 |
| NANUSHKA | MUNIRIH | KRAUS | NUNUSHKA | KRAUS | CLARKSON | A-055567009 |
| ANA | PAULA | SERVELIN MOREIRA DA SILVA | ANA | PAULA | SERVELIN | A-208863021 |
| YIHSIEN | | CHAO | ELLIE | YIHSIEN | CHAO | A-204804063 |
| MARY ANN | ARABIJO | PARANE | MARY ANN | PARANE | STALVEY | A-064040064 |
| GIULLIANO | | ALMEIDA MARODIN | GIULLIANO | | MARODIN | A-216366071 |
| MARIA | LORENA | CEVALLOS TREJO | LORENA | CEVALLOS | INGRAM | A-231404077 |
| MATILDE | RODRIGUES ESCAJA | GONCALVES | MATILDE | | GONCALVES | A-214459088 |
| MARTIN | GUILLERMO | CICERCHIA GUTIERREZ | MARTIN | | CICERCHIA | A-214850083 |
| IRANIA | PAOLA | RODRIGUEZ | IRANIA | PAOLA | DE LA CRUZ | A-087155098 |
| MARCIA | GLORIA | BROWN BRISCOE | MARCIA | GLORIA | BROWN | A-06669108 |
| DAMENECH | BEKELE | AKALE | DAMENECH | BEKELE | WILDER | A-066135125 |
| SUSANA | MARGARITA | ROMERO PINTO | SUSANA | ROMERO | MCCONNAUGHHAY | A- 67481129 |
| LOUIBENS | | SINEUS | LOUBENS | LEWIS | SINEUS | A-089267218 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VAN | TAN | NGUYEN | WILL | | NGUYEN | A-06729222 |
| LAPHATSANAN | | BOVORNSIRIAKHARAPHOL | AVA | | BOVORNSIRIAKHARAPHOL | A-064992224 |
| DULCE | | RAMIREZ ROSAS | DULCE | | BROOKS | A-219035225 |
| MICHELLE | | CANDANEDO DAVILA | MICHELLE | SOPHIE | WHITE | A-231380232 |
| SABRINA | | MCAVEY | SABRINA | | SCHMIDT | A-206936259 |
| DIANA | ESPERANZA | DIAZ DURAN | DIANA | ESPERANZA | ORTIZ | A-067474277 |
| DARSHNABEN | ANILKUMAR | PATEL | DARSHNA | ANIL | PATEL | A-067035295 |
| LUCIA | | BERMUDEZ BARRETO | LUCIA | | BERMUDEZ CASTANO | A-089395309 |
| GABRIELA | ALEXANDRA | JOZA | GABRIELA | ALEXANDRA | GIRON MARQUEZ | A-099533313 |
| ANILKUMAR | CHAMPAKBHAI | PATEL | ANIL | CHAMPAKBHAI | PATEL | A-201579321 |
| MESERET | KETEMA | ESHETE | MESERET | KETEMA | AKRIDGE | A-067227328 |
| SHYAM | K | BALANI | SHYAAM | | BALANNI | A-024015355 |
| RUCHITABEN | C | SHAH | RUCHITA | DHAVAL | SHAH | A-216193355 |
| YOUNG ILL | | KIM | JOSHUA | YOUNGIL | KIM | A-066927374 |
| MAYCIEL | DEMONTANO | ABANO | MAYCIEL | ABANO | ILANG ILANG | A-066357390 |
| JULIANA | MARTINS | RAMALHO | JULIANA | MARTINS | PAGE | A-2191754718 |
| MARYAMOSSADAT | | CAGLE | MARYANN | | CAGLE | A-231561447 |
| ILIANET | CARIDAD | FERNANDEZ HORTA | ILIANET | | FERNANDEZ | A-213362451 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| LIANA | | RAFALSKA | LIANA | | DORMAN | A-061536464 |
| ULKU | | GOZEN | OCEAN | | STEWART | A-214058468 |
| DHANANJAY | BHARATKUMAR | PATEL | DHANANJAY | BHARAT | PATEL | A-202163494 |
| BIANKA | GAJA | LAMB | BIANKA | GAJA | WOODWARD | A-096745516 |
| DHAHYE | | LEE | HYOJEONG | | YI | A-064871523 |
| VIKTORIIA | SERGEYEVNA | CHEREPANOVA | VICTORIA | | BENSAID | A-067018533 |
| MABEL | ALEJANDRA | VERA MARMOL | MABEL | ALEIANDRA | VERA | A-214975563 |
| ANGELINA | VASILVA | ISTATKOVA | ANGELINA | VASILEVA | ISTATKOV | A-201625564 |
| JULISSA | MADAI | ROSALES CHAVES | JULISSA | MADAI | MURPHY | A-231456576 |
| ILDA | SOLEDAD | MOTA | HILDA | SOLEDAD | MOTA | A-073685580 |
| ALEJANDRA | | GOMEZ BUENDIA | ALEXANDRA | | ORTEGA | A-089009586 |
| SAMANEH | | SABERIKASHANI | SAMANEH | | SABERI | A-067626590 |
| KATHLEN | ALEJANDRA | GIRON CARBAJAL | KATHLEN | | GIRON | A-063119591 |

| | | | | | | |
|---|---|---|---|---|---|---|
| THI MY NGOC | | DUONG | AIMEE | | DUONG | A-066269598 |
| SILKE | HILDEGARD | SHEPHARD | SILKE | RICHTER | SHEPHARD | A-043719603 |
| KATHLEEN | | HAMILTON | KATHLEEN | | CROUCH | A-26596611 |
| NADEZHDA | KIRILOVA | IVANOVA | HOPE | KIRILOVA | IVANOVA | A-219141668 |
| STEPHANIE | ANNE | BARBER | STEPHANIE | ANNE | CRANDON | A-072394724 |
| LOUISA | MARIA | SCHANDERA | LOUISA | MARIA | MCILROY | A-099044727 |
| SARA | | LUNA TORRES | SARA | | NARVAEZ | A-204297729 |
| MICHELLE | MARIANA | FARINA HERNANDEZ | MICHELLE | MARIANA | FARINA CARSON | A-216463736 |
| AMIRHOSSEIN | | MOFAKHKHAM ZARIFI | SAVASH | | ERGUWAN | A-066820737 |
| MARA | ELIZABETH | CANTO DE DE BOLT | MARA | ELIZABETH | DEBOLT | A-036966769 |
| BERND | ALEXANDER | SPAHN | ALEXANDER | | SPAHN | A-060765781 |
| PHI | NUI | MAC | NUI | PHI | MAC | A-067289858 |
| LAN | TRAN THI | NGUYEN | LAN | | NGUYEN | A-064879879 |
| JENIFER | DANIELA | DIAZ VELASQUEZ | DANI | | AMPUDIA DIAZ | A-219362896 |
| TERESA | | CAMPOS DE TORRES | TERESA | | TORRES | A-072644911 |
| DECELYN | GECALE | BALOGO | DECELYN | GECALE | LEHFELDT | A-214791930 |
| BRUNA | | REYNOSA | BRUNA | REYNOSA | LANDAVERDE | A-087175933 |
| EDY | BENIGNO | HUITE PINEDA | EDDY | | PINEDA | A-205668951 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JOHANA | OTILIA | JUSTINI | JOHANNA | O | JUSTINI LEZCANO | A-096934955 |
| NAHOMI | CINDEL | ROMERO LOPEZ | NAHOMI | CINDEL | DIXON | A-204667956 |
| PAL | | HUORN | THOR | | HUORN | A-025379958 |
| JOAN | LAGYAP | GASPI | JOHN | LUCAS | GASPI | A-067292973 |
| | | | | | | |

ORDERED this 17th day of Septmeber, 2025 Charleston, South Carolina.

_____
Richard M. Gergel
United States District Judge