UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| MARIA | YESENIA | OCAPMO SALAZAR | YESENIA | | OCAMPO SALAZAR | A-214645011 |
| LAURA | | DIAZ DELGADO | LAURA | | DIAZ VAZQUEZ | A-219355021 |
| GABRIELA | | SILVA PASSOS | GABRIELA | PASSOS | JOHNSTON | A-214821080 |
| ASTRID | VIVIANA | OSPINA | VIVIANA | | ROSERO | A-079468108 |
| OMAR | DAVID | GUTIERREZ BANUELOS | DAVID | OMAR | GUTIERREZ | A-073941152 |
| CINDY | NATHALY | RAMNARINE | NATHALY | | ILDEFONSON | A-206932154 |
| NANCY | NABIL SHOKRY | HENIN | NANCY | | TADROUS | A-059675160 |
| NATALIIA | | KHMELNYTSKA | NATALIE | | HAMILTON | A-065723187 |
| EGOR | NIKOLAYEVICH | KOPT | YEGOR | | KOPT | A-217177190 |
| AMPHAPHONE | | PRAKSATHONG | AMPHOPHONE | LEE | NAKINCHENG | A-078876298 |
| CELESTE | DE JESUS | VIDEIRA | CELESTE | | VIDEIRA | A-035052580 |
| GABRIEL | STALIN | VELEZ CUSME | GABRIEL | | VELEZ | A-055685659 |
| SARAHI | | AGUILAR OLIVAS | SARAHI | | RIDLEY | A-064578688 |
| MARIA | YULIANA | PRIETO | YULIANA | | RAZO | A-063283706 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RAGINIBEN | | PATEL | RAGINI | | PATEL | A-064784755 |
| IRYNA | | RYABINCHUK | IRYNA | | KUNISOVSKIY | A-208534778 |
| JOSEANE | | JORGE BEN JOSEF | JOSEANE | | BEN JOSEF | A-219341812 |
| NO NAME GIVEN | | KSHEERA RAVISHANKAR | KSHEERA | | RAVISHANKAR | A-207493933 |
| NO NAME GIVEN | | SHARAN RAVISHANKAR | SHARAN | | RAVISHANKAR | A-207493934 |
| YA FEN | | CHENG | EVA | CHENG | ST AMAND | A-064811958 |

ORDERED this 2nd day of October, 2025 Columbia, South Carolina.

*Sherri A. Lydon*
Sherri A. Lydon
United States District Judge