**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

**ORDER GRANTING PETITIONS FOR NAME CHANGE**

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| PETRINA | SUBRINA | MYRIE | PETRINA | SUBRINA | HOWIE | A-065397002 |
| FAIRD | NILTON | VARGAS-BENAVIDES | FAIRD | NILTON | VARGAS | A-214893026 |
| KAREN | PATRICIA | JAENZ | KAREN | ROMERO | JAENZ | A-064108059 |
| DAIANA | ESTIVALY | MACIAS | DIANA | ESTIVALY | MACIAS | A-206482120 |
| RUNGNAPHA | | CHOOCHAN | RUNGNAPHA | | JUJAYN | A-214993143 |
| ROSA | EMILIA | CHAPMAN GUZMAN | ROSE | JUNIPER | CHAPMAN GUZMAN | A-075596183 |
| CHAU MY THI | | NGUYEN | PHINIX | BAILEY | NGUYEN | A-040269232 |
| EUNSEO | | CHO | ANNIE | EUNSEO | CHO | A-065093236 |
| MARIA | CECILIA | LAYMAN | MARIA | CECILIA | ALVAREZ SAUCEDA | A-078859310 |
| JUAN CARLOS | HERIBERTO | CASTILLO SERRATO | EDDIE | GIOVANNI | CASTILLO | A-219894352 |
| MARGOT | | CUELLAR QUISPE | MARGOT | | DISPARTE | A-214976376 |
| JOANNA | KAROLINA | WOZNIAK | JOANNA | KAROLINA | FLOOD | A-205431430 |
| CINTIA | LIZBETH | SANTIAGO DE LA CRUZ | CINTIA | LIZBETH | LARA | A-206362448 |
| ADA | CRYSTAL | CURTIS | ADA | CRYSTAL | JOHN | A-096815451 |

| | | | | | |
|---|---|---|---|---|---|
| ROGER | | CABALLERO DUARTE | ROGER | GARCIA DUARTE | A-206765475 |
| JUANAVE | | ESTRADA CABRERA | JUANAVE | ESTRADA MEW | A-219169507 |
| YUANYUAN | | LI | LEAH | LI | A-213185529 |
| YOKASTA | ISABEL | HERNANDEZ DE REYNOSO | YOKASTA | HERNANDEZ | A-064889534 |
| KELSANG | | FNU | KELSANG | DORJEE | A-067914536 |
| SARAH | | FERRAZ IRIZARRY | SARAH | IRIZARRY | A-219012636 |
| PHONGSAVANH | | KHAMMANVONG | PHONG | KHAMMANIVONG | A-025341663 |
| SUNITHA | | GOLLAPALLI | SUNITHA | JEKO | A-063089799 |
| HEMINKUMAR | | PATEL | HEMIN | PATEL | A-066477807 |
| VANESSA | LILLY | PEREZ PINTO | VANESSA | PEREZ | A-064785852 |
| MERLE VAUGHNLYNN | | MULLER | VAUGHNLYNN | MULLER | A-060750877 |

ORDERED this 17th day of October, 2025 Charleston, South Carolina.

Richard M. Gergel
United States District Judge