UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| SUDARET | | POOTHASIRI | SUDARET | P | FINLEY | A-214084065 |
| MYRIAM | | MARQUEZ CADAVID | MYRIAM | | MARQUEZ | A-047677099 |
| DIANNE | KAREN | SANCHEZ | DIANNE | KAREN | SANCHEZ GUERRERO | A-074765101 |
| FORAM | RAHULBHAI | MISTRY | FORAM | CHRISTOPHER | MISTRY-GRIFFIN | A-204007117 |
| JOSE ROSENDO | | MAGANA VELASCO | ROSENDO | | MAGANA | A-215635123 |
| DELILAH | GARRIDO | QUEBRAL | DELILAH | QUEBRAL | MAGNUSON | A-207590175 |
| NIKITABEN | NAVINBHAI | THAKOR | NIKITA | SHEEL | PATEL | A-067848186 |
| RENAT | ANDRIIOVYCH | PROKOPCHUK | RENAT | | BURDEINYI | A-217129220 |
| YOUNG | IL TOBIAS | KEMPF | TOBIAS | YOUNG IL | KEMPF | A-064147230 |
| MARIA | VERONICA | ROSSI | VERONICA | | SIMONS | A-219231253 |
| AHMED | GABER ABDELKADER ARKALLA | SAID | AHMED | GABER | SAID | A-067973279 |
| EVGENY | VIKTOROVICH | KORDIUKOV | EVGENII | | KORDIUKOV | A-212315306 |
| MARGARITA | | ESPITIA DE GARCIA | MARGARITA | | GARCIA | A-044095307 |
| ANATOLI | | BUTENCO | ANATOLI | | BUTSENKO | A-079970362 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AASHNA KAPIL | | GARDHARIA | AASHNA | KAPIL | GARDHARIA | A-067239364 |
| HEMALIBEN | NISHANT | PATEL | HEMALI | NISHANT | PATEL | A-067147366 |
| TAEHEE | | HAN | TAE | HEE | HAN | A-207784407 |
| NIKITABEN | TARUNKUMAR | PATEL | NIKITA | | PATEL | A-063824673 |
| MARIBEL | | CASTRO VENTURA | MARIBEL | | CASTIBLANCO | A-219046489 |
| MUSSIE | TESHOME | HAILE | MUSSIE | | TESHOME | A-231450492 |
| ANJELIKA | | TAT | ANGELICA | | TATE | A-062294545 |
| THI | THU HAI | TRUONG | HANNAH | | TRUONG | A-066977565 |
| VENIAMIN | DMYTROVYCH | VERBOVSKYY | BEN | | VERBOVSKYY | A-212267599 |
| CINDY | VIVIANA | CANCHANO REAL | VIVIANA | | REAL | A-231487573 |
| ANN-MARIE | ELIZABETH | FEASTER | ANN-MARIE | ELIZABETH | PESSOA-FEASTER | A-219543617 |
| ALMEDINA | | HOTOVIC | ALMEDINA | | HOTOVIC-HITCHCOCK | A-067173619 |
| MEGAN | BAILEY | STEFFENSMEIER | MEGAN | BAILEY | DONNELLY | A-219516636 |
| ROSE MARY | SANTA MARIA | AZOFEIFA CHAVES | ROSE MARY | | AFOFEIFA CHAVES | A-214313641 |
| AURA | YOJANA | REYES DURAN | JOANNA | | DURAN | A-095639658 |
| MANUEL | ULISES | EVERTZ CUETO | MANNY | | EVERTZ | A-067171680 |
| DEYSI | IVETH | MIRANDA NAVAS | DEYSI | | NAVAS | A-206366736 |
| ISHITA | JITENDRA | PATEL | ISHITA | KARTIKEY | PATEL | A-067826753 |
| ANNA | VLADIMIROVNA | ASTASHKINA | ANNA | | BRICK | A-219141768 |
| SANGITABEN | SURENDRABHAI | PATEL | SANGITA | SURENDRA | PATEL | A-058153774 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRADIPKUMAR | CHHITUBHAI | PATEL | PRADIP | CHHITUBHAI | PATEL | A-039144792 |
| ADRIANA | MARIA | OBERLIN AZMITIA | ADRIANA | MARIA | OBERLIN AVILES | A-065354808 |
| KRUPABEN | KANTIBHAI | PATEL | KRUPA | KANTIBHAI | PATEL | A-059909810 |
| OLENA | HENNADIIVNA | HRYBKOVA | OLENA | | HRYBKOV | A-217227842 |
| THERESE | RAISSA | AMBANI | RAISSA | THERESE AMBANI | WARREN | A-208637860 |
| MAIRA | ARELY | PORTILLO MIRA | MAYRA | ARELY | SIM | A-207740866 |
| ERICA | LI FANG | PHENK | ERICA | PHENK | JOHANNES | A-231569871 |
| OMAR | ALFREDO | CASTIBLANCO | OMAR | | CASTIBLANCO | A-219284874 |
| BEATRICE | LUDENYI | BUSOLO | BEATRICE | LUDENYI | NGELESO | A-207242892 |
| VRAJKUMAR | JITENDRAKUMAR | PATEL | VRAJ | | PATEL | A-066749929 |

ORDERED this 24th day of February, 2026 Spartanburg, South Carolina.

Donald C. Coggins
United States District Judge