UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| MARIIA | | VRADII | MARIA | | LIGHT | A-066600088 |
| FNU | | DANNILE | DANIEL | | YUN | A-206810023 |
| OLEKSANDR | | VLASOV | ALEXANDER | | VLASOV | A-0666000023 |
| HUI-LING | | HUNG | HUI-LING | JESSIE | HUNG | A-219267074 |
| SERGEY | NIKOLAYEVICH | KALENIK | SERGIY | | KALENIK | A-079180089 |
| ALLA | ALEKSEEVNA | RIZAYEV | ALLA | | HALATYAN | A-214330184 |
| ELODIA | ANTONIA MELIN | DE LOS SANTOS PERDOMO | ELODIA | MELIN | HILTON | A-067885236 |
| WARISSARA | | WALSH | BRIELLE | WARISSARA | WALSH | A-219581293 |
| OLESIA | STEFANOVNA | KORDIUKOVA | OLESIA | | KORDIUKOV | A-212315307 |
| ELIZABETH | BALCE | AQUINO | ELIZABETH | AQUINO | GOOLSBY | A-205632333 |
| RAMY | FOUAD MEGALLA AWAD | IBRAHIM | RAMY | FOUAD | IBRAHIM | A-067047340 |
| MA CRISTINA | SALENTES | ONEAL | MA CRISTINA | SALENTES | MCMURRAY | A-209178457 |
| KRISHNA | SANJAY KUMAR | PATEL | KRISHNA | KUNAL | PATEL | A-066525510 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NIKITABEN | KISHORBHAI | PATEL | NIKITA | RIMAL | PATEL | A-219355637 |
| SERGEY | VASILYEVICH | LITOVCHENKO | SERGEY | | LITOVCHENKO | A-065697652 |
| PYOTR | FEDOROVICH | TSEONA | PETER | F | TSEONAL | A-070259684 |
| NGUYEN | PHUONG THUY | DO | ALINA | | DO | A-067010706 |
| MARTINI | | TJANDRAPURNOMO | MARTINI | | GLOVER | A-064246719 |
| GUADALUPE | | ANTONIO MILLAN | GUADALUPE | | ANTONIO SMITH | A-204362723 |
| CAROLINA | ITZEL | RAMOS AVILA | CAROLINA | RAMOS | ALLMOND | A-219671726 |
| TATSIANA | MIKALAIEUNA | RADZKOVA | TATSIANA | | RADZKOVA | A-066209757 |
| DE | DE DEL RIO ELENA | MARIA | MARIA | ELENA | ARIAS LOPEZ | 47191233 |
| AN | THAI HOAI | NGUYEN | DANNY | THAI HOAI | NGUYEN | A-063993791 |
| BLANCA | ISABEL | HERNANDEZ SANTANA | BLANCA | ISABEL | COOPER | A-095537832 |
| FNU | | APURV | APURV | | SINGH | A-214741865 |
| ALEJANDRA | DE PILAR | MARTINEZ GUTIERREZ | ALEJANDRA | | MARTINEZ | A-209259962 |
| | | | | | | |
| | | | | | | |

ORDERED this 29th day of April, 2026 Spartanburg, South Carolina.

_____
Donald C. Coggins
United States District Judge