**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for

naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| AHMED | ALI | MOHAMMED | AHMED | A.M. | KARRAR | A-094006563 |
| PAOLA | DEL PILAR | MORALES ALAVA | PAOLA | MORALES | CRUMPTON | A-219795897 |
| MARIENNE | PANDOLPHO | GOMEZ | MARIENNE | PANDOLPHO GOMEZ | BOURGEOIS | A-046035205 |
| YULIYA | YURYEUNA | STASHEUSKAYA | YULIYA | | STASHEUSKAYA | A-213627035 |
| BRENDA | CRUZ | LIMPIN | BRENDA | CRUZ | LIMPIN CLIMACO | A-068122384 |
| HYE JI | | KIM | KYEJI | | KIM | A-214575571 |
| SANGVANE | | DOUANGMALA | SARINA | | DOUANGMALA | A-087096609 |
| SOURICHANK | | KEODOUANGKHAO | NANCY | | KEODOUANGKHAO | A-023895776 |
| MARIA | ELENA | CASTRO DE POLO | MARIA | ELENA | POLO | A-043418822 |
| TATIANA | | NEVES DE PASCHOAL MILITO | TATIANA | | MILITO | A-219047870 |
| JULIA | I | VALVERDE DE GUERECA | JULIA | ISELA | VALVERDE PENA | A-097912910 |

ORDERED this 25th day of June, 2026 Columbia, South Carolina.

_____

Timothy M. Cain
Chief United States District Court Judge