UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for

naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
| First | Middle | Last | First | Middle | Last | |
| --- | --- | --- | --- | --- | --- | --- |
| DUYEN | THI NGOC | NGUYEN | DUYEN | THI | NGUYEN | A-065434004 |
| INDRE | | STRGANAC | INDRE | | HALVORSEN | A-078452019 |
| LETICIA | R | GUTIERREZ | LETICIA | | ROGRIGUEZ GUTIERREZ | A-089901036 |
| ISIS | POLIANE | DE FREITAS | ISIS | | DE FREITAS | A-214532040 |
| CONCEPCION | CATALINA | RODRIGUEZ FRANCO | CONCEPCION | | LEON | A-207716052 |
| MARIA | JESUS | TORIBIO | MARIA | JESUS | ANSELMO | A-076524094 |
| VEVERLYN | MANUEL | SAMONTE | VEVERLYN | SAMONTE | MORGAN | A-200180154 |
| HERMELINDA | SARINO | AKANDE | LINDA | ABAN | SARINO | A-029411217 |
| JACKELINE | SHI | BATES | JACKELINE | HUI | BATES | A-206124241 |
| ANDREA | | BLANCO GARCIA | ANDREA | BLANCO GARCIA | BLAKE | A-219853253 |
| ANA | ELIZABETH | HERNANDEZ ILDEFONSO | ANA | | VALENCIA | A-208343283 |
| AIRAH MAE | PEREZ | BASILIO | AIRAH MAE | BASILIO | ALABADO | A-240228285 |
| SANJARALI | | TOSHKANBAEV | SANJAR | | ALISHERI | A-219315308 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JOGLI | | VENTURA VASQUEZ | JOGLI | ALEJANDRO | VENTURO VASQUES | A-067966311 |
| SHU | | SHU | SYDNEY | | SHU | A-212474327 |
| NGHIA | TRONG | TRAN | KEVIN | | TRAN | A-214050338 |
| ISIS DE NAZARE | | MACHADO SANTANA SIMOES MOURA | ISIS | | SIMOES MOURA | A-066655345 |
| PEDRO AUGUSTO | | SOUTO OUREM COSTA | PEDRO | | SOUTO OUREM | A-216992376 |
| JUNE | MARJORIE | JOHNSON | JUNE | MARJORIE | GENTLES | A-087102378 |
| THI THU LAN | | VO | THULAN | THI | VO | A-066442413 |
| CRISTINA | ISABEL | TRUFILLO DE LA O | CRISTINA | ISABEL | FLOREK | A-204331434 |
| PETRA | | GERLICHOVA | PETRA | | HANZLIK | A-062633439 |
| FNU | | UMBREEN | UMBREEN | | SARIANA | A-067025440 |
| NATALIA | | JIMINEZ CALDERON | NATALIA | | JIMENEZ | A-219383528 |
| KATHRYN CLAIRE | CRUZ | BAYANI | KATHRYN CLAIRE | BAYANI | VILLALOBOS | A-067219552 |
| JAYSON | RIVERA | MAPALO | JAYSON | MAPALO | OLSON | A-219897558 |
| TOMAS | | HANZLIK | THOMAS | | HANZLIK | A-064088580 |
| PAMELA | CARMELA | PAZMINO | PAMELA | | COLEMAN | A-231452601 |
| SHAKHNOZA | BAKHROM KIZI | ISMAILOVA | SHAHNOZA | | ISMAILOVA | A-061565611 |
| PHRASUMETH | | DACHDEE | SUMETH | | DACHDEE | A-097206682 |
| DIPALI | SHAH | VAUGHAN | DIPALI | PUNIT | SHAH | A-065859706 |
| NOLWENN | | ROUANES | NOLWENN | ZOHAR | TAL | A-219920724 |
| ELVIE | VILLAZORDA | LUMANG | ELVIE | CUEVAS | LUMANG | A-067277765 |
| TARUNABEN | JAGDISHBHAI | PATEL | TARUNA | JAGDISHBHAI | PATEL | A-059347797 |

| DOMINIC | | GAPPI | DOMINIC | GAPPI | FISCO | A-064166799 |
|---|---|---|---|---|---|---|
| FNU | | ZARYAAN SHAH | ZARYAAN | | SHAH | A-062839808 |
| JULIANA | | ASTAIZA OSORIO | JULIANA | | ELDRIDGE | A-231532849 |
| KHAOULA | | DRIDI | KHAOULA | DRIDI | BEST | A-058626854 |
| JOSEFINA | | CHAVEZ DE CURIEL | JOSEFINA | | CURIEL | A-045134912 |
| DHRUVKUMAR | JANAKKUMAR | PATEL | DHRUV | J | PATEL | A-210259998 |

ORDERED this 1st day of July, 2026 Charleston, South Carolina.

Richard M. Gergel
United States District Judge