UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the applicants for naturalization are hereby granted:

| Name of Petitioner | | | Name Changed To | | | Alien Registration Number |
|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | |
| DERICK JEROME | DE LA CRUZ | DULDULAO | DERICK JEROME | DULDULAO | GERONIMO | A-067416037 |
| OLGA | | BIEDOVA | OLGA | | GANSZ | A-231585069 |
| MONAL | DILIP | SALVE | MONAL | SALVE | BONILLA | A-220038151 |
| APEFA | AFI | AMEZIAN | OLIVIA | AFI | KANSI | A-066622179 |
| VANNESSA | SIMOES PERICLES FARIA | ALMEIDA | VANNESSA | SIMOES PERICLES FARIA | ALMEIDA | A-093043368 |
| RAFAELA | | ROGERS | RAFAELA | | BRITO | A-039192652 |
| JEAN ALEX | | POLICA | ALEX | | POLICA | A-065099760 |
| NELSON | DARRELL | CONTRERAS LANDAVERDE | DARRELL | | BOSCH | A-066700961 |

ORDERED this 17th day of September, 2026 Charleston, South Carolina.

Richard M. Gergel
United States District Judge